IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA LEGISLATIVE BLACK CAUCUS; BOBBY SINGLETON; ALABAMA ASSOCIATION OF BLACK COUNTY OFFICIALS; FRED ARMSTEAD, GEORGE BOWMAN, RHONDEL RHONE, ALBERT F. TURNER, JR., and JILES WILLIAMS, JR., individually and on behalf of others similarly situated, | * * * * * * * * * | |
| Plaintiffs, | * * | Civil Action No. 2:12-CV-691-WKW-WC |
| v. | * * | (3-judge court requested) |
| THE STATE OF ALABAMA; BETH CHAPMAN, in her official capacity as Alabama Secretary of State, | * * * * | |
| Defendants. | * | |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR PRELIMINARY AND PERMANENT INJUNCTION**

Plaintiffs Alabama Legislative Black Caucus et al., through undersigned counsel, pursuant to Rule 56, Fed.R.Civ.P., move for partial summary judgment with respect to Count I of their complaint, Doc. 1 and Doc. 3-1. As grounds for their motion, plaintiffs would show, as set out more fully in their memorandum brief filed contemporaneously herewith, that there is no genuine issue as to any

material fact with respect to the unconstitutionality of Acts 2012-602 and 2012-603 on their face, and that plaintiffs are entitled to partial summary judgment and the issuance of preliminary and permanent injunctions as set out in the prayer for relief in their complaint.

In support of their motion, plaintiffs rely on the allegations of the complaint, the exhibits attached to the complaint, and the declaration of William S. Cooper attached to this motion.

WHEREFORE, plaintiffs pray that partial summary judgment with respect to Count I of their complaint be granted against all defendants and in favor of all plaintiffs and the class they seek to represent of residents of Alabama counties whose boundaries have been split among more House and/or Senate districts than are necessary to satisfy the Fourteenth Amendment requirement of substantial population equality and the Voting Rights Act.

Upon the entry of an order granting plaintiffs' motion for partial summary judgment, plaintiffs further pray that the Court will:

(1) Enter a declaratory judgment that the redistricting plans set out in Acts 2012-602 and 2012-603 violate the rights of plaintiffs and the class of residents of Alabama counties whose boundaries have been split among more House and/or Senate districts than are necessary to satisfy the Fourteenth

Amendment requirement of substantial population equality and the Voting Rights Act.

(2) Enter a preliminary and permanent injunction prohibiting the defendant Alabama Secretary of State, her officers, agents, attorneys, employees and those acting in concert with her or at her direction from enforcing Acts 2012-602 and 2012-603.

(3) Afford the Alabama Legislature a reasonable opportunity to adopt and to obtain preclearance under § 5 of the Voting Rights Act, 42 U.S.C. § 1973c, of new redistricting plans for the House and Senate that comply with Section 2 of the Voting Rights Act of 1965, as amended, 42 U.S.C. § 1973, and the First, Fourteenth, and Fifteenth Amendments to the Constitution of the United States.

(4) Should the Alabama Legislature fail in timely manner to enact lawful, constitutional, and enforceable redistricting plans for the Alabama House and Senate, instruct the parties to submit redistricting proposals that this Court would adopt in time for the orderly conduct of the primary and general elections for members of the Alabama House and Senate in 2014.

(5) Award plaintiffs their costs incurred in prosecuting this action, including an award of attorneys' fees and expenses, pursuant to 42 U.S.C. §§ 1973l and 1988.

(6) Grant such other and further equitable relief as the Court may deem just and equitable.

Respectfully submitted this 27th day of August, 2012,

Edward Still
Bar No. ASB-4786-I 47W
130 Wildwood Parkway
STE 108 PMB 304
Birmingham, AL 35209
205-320-2882
fax 205-320-2882
E-mail: still@votelaw.com

s/ James U. Blacksher
Bar No. ASB-2381-S82J
P.O. Box 636
Birmingham AL 35201
205-591-7238
Fax: 866-845-4395
E-mail: jblacksher@ns.sympatico.ca

U.W. Clemon
Bar No. ASB-0095-076U
WHITE ARNOLD & DOWD P.C.
2025 Third Avenue North, Suite 500
Birmingham, AL 35203
Phone: (205)-323-1888
Fax: (205)-323-8907
E-mail: uwclemon@waadlaw.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2012, I served the foregoing on the following by first class U.S. mail and by email on the listed counsel:

State of Alabama
c/o Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36104
jimdavis@ago.state.al.us

State of Alabama
c/o Governor Robert Bentley
State Capitol
600 Dexter Avenue
Montgomery, AL 36130
cooper.shattuck@governor.alabama.gov

Beth Chapman
Alabama Secretary of State
State Capitol Bldg. - Suite S-105
600 Dexter Avenue
Montgomery, AL 36103
Jean.Brown@sos.alabama.gov

s/James U. Blacksher

Attorney for plaintiffs