IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA LEGISLATIVE BLACK CAUCUS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CASE NO. 2:12-CV-691 (Three-Judge Court) |
| THE STATE OF ALABAMA, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) | |
| DEMETRIUS NEWTON, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CASE NO. 2:12-CV-1081 (Three-Judge Court) |
| THE STATE OF ALABAMA, *et al.*, | ) ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION TO INTERVENE**

Before the court is the Motion to Intervene (Doc. # 82), filed by Alabama State Senator Gerald Dial and Alabama State Representative Jim McClendon, pursuant to Rule 24 of the Federal Rules of Civil Procedure. No party objects to the proposed intervention. Accordingly, it is ORDERED that the Motion to Intervene is

GRANTED.  Senator Dial and Representative McClendon are permitted to intervene as Defendants.

DONE this 27th day of March, 2013.

    /s/ William H. Pryor, Jr.
UNITED STATES CIRCUIT JUDGE
PRESIDING

    /s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE