IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ALABAMA LEGISLATIVE** | ) | |
| **BLACK CAUCUS, et al.** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| v. | ) | 2:12-CV-00691-WKW-MHT-WHP |
| | ) | (Three Judge Court) |
| **THE STATE OF ALABAMA, et al.** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |
| **DEMETRIUS NEWTON, et al.** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| vs. | ) | 2:12-CV-01081-WKW-MHT-WHP |
| | ) | (Three Judge Court) |
| **STATE OF ALABAMA, et al.** | ) | |
| | ) | |
| **Defendants** | ) | |

**NEWTON PLAINTIFFS' CONSOLIDATED EVIDENTIARY SUBMISSION IN RESPONSE TO THE STATE OF ALABAMA'S MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO NEWTON PLAINTIFFS' CLAIMS**

**COME NOW** the Newton Plaintiffs, by and through undersigned counsel, and submits the following consolidated evidentiary material in opposition to the Defendants' Motions for Summary Judgment[1]:

| Exhibit | Description |
|---|---|
| EX-A | 2010 Alabama Population Data |

---

[1] Citations to the record are made as follows. Citations to deposition testimony include the name of the deponent followed by "page" and "line" designations. All other citations refer directly to any other Exhibits submitted as part of the Plaintiffs' Evidentiary Submissions herewith or to document already filed with the Court.

| EX-B | 2000 Alabama Population Data |
|------|------------------------------|
| EX-C | 2011 ACS Report |
| EX-D | Jefferson County 2000 Race Population Data |
| EX-E | 2010 County Population Data |
| EX-F | Dr. Richard Arrington Expert Witness Report |
| EX-G | Montgomery County 2000 Expert Witness Report |
| EX-H | 2010 District Statistics Report |
| EX-I | Dr. Alan J. Lichtman Expert Witness Report |
| EX-J | Madison County 2000 Race Population Data |
| EX-K | Rosa Toussaint Deposition |
| EX-L | Framon Weaver Deposition |
| EX-M | Jefferson County Newton Illustrative |
| EX-N | Montgomery County Newton Illustrative |
| EX-O | Madison County Newton Illustrative |
| EX-P | Randolph L. Hinaman Deposition |
| EX-Q | 1982 Section 5 Objection Letter (House and Senate) |
| EX-R | 1992 Section 5 Objection Letter (Congressional) |
| EX-S | Blank |
| EX-T | Senator Greg J. Reed Information |
| EX-U | Senator Cam Ward Information |
| EX-V | Senate County and Precincts Splits |
| EX-W | House County and Precincts Splits |
| EX-X | District 43 Comparison |
| EX-Y | Rep. Alan Harper Legislative Biography |
| EX-Z | Rep. Alan Harper Information |
| EX-AA | AL.Com Article, Harper Switches Party |
| EX-BB | Alabama Census Map |

| EX-CC | 2010 Population Data, 2001 Senate Districts |
|-------|---------------------------------------------|
| EX-DD | 2001 County Split, Senate District 22 |
| EX-EE | Affidavit of Joe L. Reed |
| EX-FF | Declaration of Joe Hubbard |

**RESPECTFULLY SUBMITTED**, this 10th day of July, 2013.

/s/James H. Anderson
**JAMES H. ANDERSON [ANDE4440]**
**WILLIAM F. PATTY [PATTW4197]**
**JESSE K. ANDERSON [ANDEJ8821]**
**BRANNAN W. REAVES [ASB-7602-B41R]**
JACKSON, ANDERSON & PATTY, P.C.
P.O. Box 1988
Montgomery, AL 36102
(334) 834-5311 (334) 834-5362 (fax)
janderson@jaandp.com ; bpatty@jaandp.com
Jkanderson@jaandp.com;breaves@jaandp.com

**WALTER S. TURNER [ABA 6307R49W]**
PO Box 6142
Montgomery, AL  36106
334-264-1616;  wsthayer@juno.com

**JOHN K. TANNER [DC BAR # 318873]**
3743 Military Road, NW
Washington, DC  20015
202-503-7696; john.k.tanner@gmail.com
**Appearing Pro Hac Vice**

**JOE M. REED [ABA 7499-D59J]**
Joe M. Reed & Associates, LLC
524 S Union St.
Montgomery, AL 36104-4626
T(334) 834-2000; F (334) 834-2088
joe@joereedlaw.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 10, 2013, I electronically filed the foregoing document using the Court's CM/ECF system which will send electronic notification of such filing to all registered parties:

Luther Strange, Attorney General of Alabama
By: John J. Park, Jr.
Deputy Attorney General
Strickland, Brockington Lewis LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, GA 30309
Telephone: 678.347.2200 / Facsimile: 678.347.2210
E-mail: jjp@sbllaw.net

James W. Davis
Misty S. Fairbanks Messick
Office of the Attorney General
State of Alabama
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: 334-242-7300/ Facsimile: 334-353-8440
jimdavis@ago.state.al.us / mmessick@ago.state.al.us

Edward Still
130 Wildwood Parkway
STE 108 PMB 304
Birmingham, AL 35209
205-320-2882; fax 205-320-2882
still@votelaw.com

James U. Blacksher
P.O. Box 636
Birmingham AL 35201
205-591-7238; Fax: 866-845-4395
E-mail: jblacksher@ns.sympatico.ca

U.W. Clemon
WHITE ARNOLD & DOWD P.C.
2025 Third Avenue North, Suite 500
Birmingham, AL 35203
Phone: (205)-323-1888; Fax: (205)-323-8907
uwclemon@waadlaw.com

Jordan Dorman Walker, Jr.
Balch & Bingham, LLP
P.O. Box 78
Montgomery, AL.  36101-0078
Phone: (334) 834-6500; Fax: (334) 269-3115
Email: dwalker@balch.com

                                                     /s/James H. Anderson
                                                     JAMES H. ANDERSON