IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALABAMA LEGISLATIVE BLACK CAUCUS; BOBBY SINGLETON; ALABAMA ASSOCIATION OF BLACK COUNTY OFFICIALS; FRED ARMSTEAD, GEORGE BOWMAN, RHONDEL RHONE, ALBERT F. TURNER, JR., and JILES WILLIAMS, JR., individually and on behalf of others similarly situated, <br><br>    Plaintiffs, <br><br>v. <br><br>THE STATE OF ALABAMA; BETH CHAPMAN, in her official capacity as Alabama Secretary of State, <br><br>    Defendants. <br>_____ <br>DEMETRIUS NEWTON et al., <br><br>    Plaintiffs, <br><br>v. <br><br>THE STATE OF ALABAMA et al., <br><br>    Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * Civil Action No. <br> * 2:12-CV-691-WKW-MHT-WHP <br> * (3-judge court) <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * Civil Action No. <br> * 2:12-cv-1081-WKW-MHT-WHP <br> * (3-judge court) <br> * |

**ALBC PLAINTIFFS' EXHIBIT LIST**

Plaintiffs Alabama Legislative Black Caucus et al., through undersigned counsel, submit the following exhibit list, pursuant to Section 10 of this Court's order entered March 14, 2013, Doc. 83:

**Exhibits already filed**:

Doc 7-1 Bill Cooper affidavit filed 08-27-12.pdf
Doc 30-4 Exh B 2012 legislative guidelines.pdf
Doc 30-6 Exh C-2 section 5 submission House districts.pdf
Doc 30-7 section 5 submission Senate districts.pdf
Doc 30-8 DOJ preclearance letter.pdf
Doc 30-9 reapportionment committee hearing Fort Payne.pdf
Doc 30-10 reapportionment committee hearing Guntersville.pdf
Doc 30-11 reapportionment committee hearing Huntsville.pdf
Doc 30-12 reapportionment committee hearing Fayette.pdf
Doc 30-13 reapportionment committee hearing Florence.pdf
Doc 30-14 reapportionment committee hearing Decatur.pdf
Doc 30-15 reapportionment committee hearing Clanton.pdf
Doc 30-16 reapportionment committee hearing Pelham.pdf
Doc 30-17 reapportionment committee hearing Birmingham.pdf
Doc 30-18 reapportionment committee hearing Troy.pdf
Doc 30-19 reapportionment committee hearing Dothan.pdf
Doc 30-20 reapportionment committee hearing Greenville.pdf
Doc 30-21 reapportionment committee hearing Brewton.pdf
Doc 30-22 reapportionment committee hearing Mobile.pdf
Doc 30-23 reapportionment committee hearing Thomasville.pdf
Doc 30-24 reapportionment committee hearing Demopolis.pdf
Doc 30-25 reapportionment committee hearing Tuscaloosa.pdf
Doc 30-26 reapportionment committee hearing Anniston.pdf
Doc 30-27 reapportionment committee hearing Auburn.pdf
Doc 30-28 reapportionment committee hearing Selma.pdf
Doc 30-29 reapportionment committee hearing Montgomery.pdf
Doc 30-30 reapportionment committee hearing 05-17-12.pdf
Doc 30-31 reapportionment committee minutes 05-09-12.pdf
Doc 30-32 reapportionment committee minutes 05-17-12.pdf
Doc 30-33 reapportionment committee minutes 05-17-12.pdf

Doc 30-34 reapportionment committee minutes 05-04-12.pdf
Doc 30-37 2001 districts 2010 census stats.pdf
Doc 30-40 Dial Senate Plan 2 assigned district splits.pdf
Doc 30-41 2001 Senate districts 2010 census stats.pdf
Doc 30-42 2001 House district package.pdf
Doc 30-43 2001 House districts map package 2.pdf
Doc 30-44 2001 Senate Districts map package.pdf
Doc 30-45 1993 Reed Buskey House plan stats.pdf
Doc 30-46 1993 Reed Buskey House plan 2000 census.pdf
Doc 30-47 1993 Reed Buskey Senate plan stats.pdf
Doc 30-48 1993 Reed Buskey Senate plan 2000 census.pdf
Doc 35-1 Redistricting bill stalls in Senate.pdf
Doc 35-2 Comparison House plans 2002 and 2012.pdf
Doc 35-3 Comparison Senate plans 2002 and 2012.pdf
Doc 35-4 Jeff Co lawmakers try solve financial crisis.pdf
Doc 35-5 Map of 2012-602 House districts Jeff Co.pdf
Doc 35-6 Map of 2012-603 Senate districts Jeff Co.pdf
Doc 35-7 map of HB 16 House districts Jeff Co.pdf
Doc 35-8 map of SB 5 Senate districts Jeff Co.pdf
Doc 35-9 declaration of Demetrius Newton.pdf
Doc 35-10 Ala Democrats cry foul over Boman district.pdf
Doc 60-1 Exh A Act 2012-602 House map.pdf
Doc 60-2 Exh B Act 2012-602 House stats.pdf
Doc 60-3 Exh C Act 2012-603 Senate map.pdf
Doc 60-4 Exh D Act 2012-603 Senate stats.pdf
Doc 60-5 Exh E Acts 602 and 603 extra legislators.pdf
Doc 60-6 Exh F HB 16 House map.pdf
Doc 60-7 Exh G HB 16 House stats.pdf
Doc 60-8 Exh H SB 5 Senate map.pdf
Doc 60-9 Exh I SB 5 Senate stats.pdf
Doc 60-10 Exh J HB 16 SB 5 extra legislators.pdf
Doc 60-11 Exh K 602 and HB 16 county splits.pdf
Doc 60-12 Exh L 603 and SB 5 county splits.pdf
Doc 60-13 Exh M NE Ala 2001 House plan.pdf
Doc 60-14 Exh N NE Ala Act 602 House.pdf
Doc 60-15 Exh O NE Ala 2001 Senate.pdf

Doc 60-16 Exh P NE Ala Act 603 Senate.pdf

Doc 60-17 Exh Q 2010 census on 2001 districts.pdf
Doc 60-18 Exh R NW Ala 2001 House.pdf
Doc 60-19 Exh S NW Ala Act 602 House.pdf
Doc 60-20 Exh T NW Ala 2001 Senate.pdf
Doc 60-21 Exh U NW Ala Act 603 Senate.pdf
Doc 60-22 Exh V South Ala 2001 House.pdf
Doc 60-23 Exh W South Ala 2001 Senate.pdf
Doc 60-24 Exh X South Ala Act 602 House.pdf
Doc 60-25 Exh Y South Ala Act 603 Senate.pdf
Doc 60-26 Exh Z JeffCo 2001 House.pdf
Doc 60-27 Exh AA JeffCo Act 602 House.pdf
Doc 60-28 Exh BB JeffCo 2001 Senate.pdf
Doc 60-29 Exh CC JeffCo Act 603 Senate.pdf
Doc 60-30 Exh DD all county splits Act 602 House.pdf
Doc 60-31 Exh EE all county splits Act 603 Senate.pdf
Doc 60-32 Exh FFMobile 2001 House.pdf
Doc 60-33 Exh GG Mobile Act 602 House.pdf
Doc 60-34 Exh HH Mobile 2001 Senate.pdf
Doc 60-35 Exh II Mobile Act 603 Senate.pdf
Doc 60-36 Exh JJ Montgy 2001 House.pdf
Doc 60-37 Exh KK Montgy Act 602 House.pdf
Doc 60-38 Exh LL East Ala 2001 House.pdf
Doc 60-39 Exh MM East Ala Act 602 House.pdf
Doc 60-40 Exh NN East Ala 2001 Senate.pdf
Doc 60-41 Exh OO East Ala Act 603 Senate.pdf
Doc 66-1 Exh PP Hubbard Storming the Statehouse excerpts.pdf
Doc 66-2 Exh QQ  Alabama Democrats hopeful for 2014 elections.pdf
Doc 66-3 Exh RR McClendon Discussing Redistricting With the Greater Birmingham Young Republicans.pdf
Doc 66-4 Exh SS Cooper affidavit Jan 2013.pdf
Doc 76-1 Patrick Harris affidavit.pdf
Doc 76-2 Jeff Woodard affidavit highlighted.pdf
Doc 76-2 Jeff Woodard affidavit.pdf
Doc 76-3 Bonnie Shanholtzer affidavit.pdf
Doc 76-4 Gerald Dial affidavit.pdf
Doc 76-5 Jim McClendon affidavit.pdf
Doc 76-6 Craig Ford article.pdf
Doc 76-7 McClendon House Plan 2 assigned district splits.pdf

Doc 88-1 Exh TT AJC article re Fulton County.pdf
Doc 96-2 Exh N-2 defts brief MSJ Johnny Mack Morrow news article.pdf
Doc 98-1 Exh N-3 defts brief summ judg Joe Mitchell article.pdf
Doc 124-1 Newton pltfs resp defts 1st disc req.pdf
Doc 124-2 Madison County Senate Dist 7.pdf
Doc 124-3 HDs 73 75-78.pdf
Doc 124-4 JeffCo House districts.pdf
Doc 124-5 HD 22.pdf
Doc 125 defts brief MSJ ALBC race claims 06-17-13.pdf
Doc 125-1 Governor proclamation May 2012.pdf
Doc 125-2 ALBC pltfs resp defts 1st disc req.pdf
Doc 125-3 Gerald Dial depo.pdf
Doc 125-4 Jim McClendon depo.pdf
Doc 125-5 Bobby Singleton depo.pdf
Doc 125-6 Albert Turner depo.pdf
Doc 125-7 Rhondel Rhone depo.pdf
Doc 125-8 Jiles Williams depo.pdf
Doc 125-9 George Bowman depo.pdf
Doc 125-10 declaration of Randy Hinaman.pdf
Doc 125-11 Bill Cooper expert report.pdf
Doc 125-12 DOJ objection ltr Cumberland County VA 2002.pdf
Doc 125-13 DOJ objection ltr AZ legis redistricting plan 2002.pdf
Doc 125-14 DOJ objection ltr Charleston 2001.pdf
Doc 132-1 deposition of Jeff Woodard.pdf
Doc 132-2 deposition of Patrick Harris.pdf
Doc 132-3 Senate Journal 1995 org session.pdf
Doc 132-4 Senate Journal 1999 org session.pdf
Doc 134-1 Exh A packing comparison House distircts.pdf
Doc 134-2 packing comparison Senate districts.pdf
Doc 134-3 Exh C comparison top 5 influence districts.pdf
Doc 134-4 Exh D Randy Hinaman depo.pdf
Doc 137-1 Exh A 2010 Ala population data.pdf
Doc 137-2 Exh B 2000 Ala population data.pdf
Doc 137-3 Exh C 2011 ACS report.pdf
Doc 137-4 Exh D Jeff Co 2000 race pop data.pdf
Doc 137-5 Exh E 2010 County population data.pdf
Doc 137-6 Exh F Ted Arrington expert report.pdf
Doc 137-7 Exh G Montgy County 2000 census data.pdf

Doc 137-8 Exh H 2001 House plan with 2010 census.pdf
Doc 138-1 Exh I Allan Lichtman expert report.pdf
Doc 138-2 Exh J Madison County 2000 census data.pdf
Doc 138-3 Exh K Rosa Toussaint depo.pdf
Doc 138-4 Exh L Framon Weaver depo.pdf
Doc 138-5 Exh M Jeff Co Newton illustrative plan.pdf
Doc 138-6 Exh N Montgy County Newton Illustrative plan.pdf
Doc 138-7 Exh O Madison County Newton illustrative plan.pdf
Doc 139-1 Exh P Randy Hinaman depo.pdf
Doc 139-2 Exh Q 1982 Section 5 objection letter.pdf
Doc 139-3 Exh R 1992 Section 5 objection letter.pdf
Doc 139-5 Exh T Sen Greg Reed info.pdf
Doc 139-6 Exh U Sen Cam Ward info.pdf
Doc 140-1 Exh V Senate county and precinct splits.pdf
Doc 140-2 Exh W House county and precinct splits.pdf
Doc 141-1 Exh X HD 43 comparison.pdf
Doc 141-2 Exh Y Alan Harper legislative bio.pdf
Doc 141-3 Exh Z Alan Harper info.pdf
Doc 141-4 Exh AA news article Harper switches parties.pdf
Doc 141-5 Exh BB Alabama census map.pdf
Doc 141-6 Exh CC 2001 Senate plan with 2010 census.pdf
Doc 141-7 Exh DD 2001 county split SD 22.pdf
Doc 141-8 Exh EE Affidavit of Joe L. Reed.pdf
Doc 141-9 Exh FF Joe Hubbard declaration.pdf
Doc 142 Exh EE corrected Joe Reed affidavit.pdf

**Other exhibits:**

1. 2010 NCSL Congressional and State Legislative Redistricting Deviation Table

2. Alabama Legislature Reapportionment History, http://www.legislature.state.al.us/reapportionment/history.htm

3. Maps of Alabama House districts, 1334 to 2001

4. Maps of 1966 House and Senate districts

5.  Black members of the Alabama Legislature 1971 and 1978

News articles:

6.  Sebastian Kitchen, Redistricting process should be more open, Montgomery Advertiser, September 26, 2011

7.  David White, Alabama lawmakers seek public input on redrawing district lines, al.com, October 6, 2011

8.  David White, County and city officials ask lawmakers to avoid splitting cities and counties into different legislative districts, Birmingham News, October 18, 2011

9.  Legislative district changes could be late coming, Montgomery Advertiser, Jan. 25, 2012

10. John Nichols, Why redistricting threatens democracy, The Nation, Feb. 2, 2012

11. New Ala. District maps could face legal challenges, Montgomery Advertiser, April 10, 2012

12. Hubbard expects current district to change in reapportionment, Montgomery Advertiser, May 5, 2012

13. Democrats offer maps for legislative seats, Montgomery Advertiser, May 5, 2012

14. Proposed Alabama legislative plans debut Wednesday, Montgomery Advertiser, May 8, 2012

15. Proposal puts Montgomery lawmakers in same district, Montgomery Advertiser, May 10, 2012

16. John Archibald, Beware the ideas of DeMarco, Birmingham News, May 13, 2012

17. Editorial, OUR VIEW: Jefferson County lawmakers must do everything they can to pass desperately needed occupational tax on session's last day, Birmingham News, May 13, 2012

18. Mike Hollis, Editorial: GOP's turn to draw legislative districts, May 11, 2012

19. GOP on track to redraw lines, Montgomery Advertiser, May 14, 2012

20. Dana Beyerle, Reapportionment may solidify GOP gains, The Gadsden Times, May 13, 2012

21. YOUR VIEW: Redistricting plan punishes Alabama House member who changed party, al.com, May 15, 2012

22. Alabama Legislature unsure whether special session will be called Thursday, al.com, May 15, 2012

23. Editorial: Time to slice the legislative pie fairly, Tuscaloosa News, May 17, 2012

24. Dana Beyerle, If redistricting plan passes, county would lose a House member but keep its 3 senators, Tuscaloosa News, May 19, 2012

25. Judge blocks Democrats' effort to stop redistricting, Montgomery Advertiser, May 19, 2012

26. Editorial: Redistricting proposal should pass muster, Tuscaloosa News, May 20, 2012

27. Dana Beyerle, Democrats vow court fight as GOP moves Alabama redistricting plan, Tuscaloosa News, May 22, 2012

28. George Altman, South Alabama Democrats unhappy with redistricting proposal, al.com, May 23, 2012

29. David White, Alabama Senate passes redistricting plan, sends it to House for review, Birmingham News, May 22, 2012

30. Senate Oks redistricting plan along party lines, Montgomery Advertiser, May 23, 2012

31. George Altman, Alabama Legislature approves redistricting plans amid cries of racist maneuvering, al.com, May 24, 2012

32. Bob Johnson, Alabama Legislature passes redistricting plans, Tuscaloosa News, May 24, 2012

33. George Altman, Democrats predict fallout from Senate redistricting vote, al.com, May 25, 2012

34. Jabo Waggoner, VIEWPOINTS: A puzzling perspective on Alabama legislative redistricting, Birmingham News, June 10, 2012

35. Lionel Green, Lawsuit inquiry OK'd by Marshall County Commission, Sand Mountain Reporter, June 25, 2012

36. Kim Chandler, Democrats punt in state court, look to feds to fight redistricting of the Alabama Legislature, al.com, July 9, 2012

37. Alabama seeks federal court approval of redistricting plan for Legislature, al.com, July 26, 2012

38. Mary Orndorff Troyan, Alabama challenges Voting Rights Act over district review, al.com, July 28, 2012

39. Guest editorial: Black lawmakers' suit over legislative redistricting a response to loss of power, Montgomery Advertiser, October 18, 2012

40. Mary Sell, Constitutional revision commission discusses increasing county control, Decatur Daily, Dec. 15, 2012

41. Tim Lockette, Panel ponders more powers for Alabama counties, Anniston Star, Dec. 15, 2012

42. Charles Dean, Democrats have a reason to celebrate in Jefferson County, Jan. 13, 2013

43. Kim Chandler, Veteran Roanoke lawmaker leaves Democrats, and his district becomes their 'number one' target, al.com, Feb. 4, 2013

44. Sebastian Kitchen, Analysis: Lawmaker leaving party is latest lump for Democrats, Montgomery, Advertiser, Feb. 4, 2013

45. Mike Cason, Jefferson County House delegation approves bill requiring Indigent Health Care Fund reports, al.com, Feb. 20, 2013

46. Johnny Edwards and David Wickert, 2011 redistricting led to latest battle for Fulton County, Atlanta Journal-Constitution, March 18, 2013

47. John Sharp, 2012 Census data shows Baldwin County continues its growth; international migration into Mobile and Jefferson counties, al.com, March 21, 2013

48. Joseph D. Bryand, Legislation would change Birmingham's fiscal year, some council members surprised by proposal (UPDATED), al.com, April 17, 2013

49. Joseph D. Bryant, Lawmaker proposals to change Birmingham Water Works Board incenses city officials, surprises current board, al.com, April 19, 2013

50. Charles J. Dean, Mike Hubbard readies to defend the GOP majority against faux Republicans, al.com, June 21, 2013

51. Thomas B. Edsall, The Decline of Black Power in the South, NY Times, July 10, 2013

Plaintiffs may also offer exhibits attached to the depositions and exhibits identified by other parties.

Respectfully submitted this 15th day of July, 2013.

| | |
|---|---|
| Edward Still<br>Bar No. ASB-4786-I 47W<br>130 Wildwood Parkway<br>STE 108 PMB 304<br>Birmingham, AL 35209<br>205-320-2882<br>fax 205-320-2882<br>E-mail: still@votelaw.com | s/ James U. Blacksher<br>Bar No. ASB-2381-S82J<br>P.O. Box 636<br>Birmingham AL 35201<br>205-591-7238<br>Fax: 866-845-4395<br>E-mail: jblacksher@ns.sympatico.ca<br><br>U.W. Clemon<br>Bar No. ASB-0095-076U<br>WHITE ARNOLD & DOWD P.C.<br>2025 Third Avenue North, Suite 500<br>Birmingham, AL 35203<br>Phone: (205)-323-1888<br>Fax: (205)-323-8907 |
| Attorneys for Plaintiffs | E-mail: uwclemon@waadlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2013, I served the foregoing on the following electronically by means of the Court's CM/ECF system:

| | |
|---|---|
| Misty S. Fairbanks Messick<br>James W. Davis (ASB-4063-I58J)<br>Assistant Attorney General<br>OFFICE OF THE ATTORNEY GENERAL<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, Alabama 36130-0152<br>email: mmessick@ago.state.al.us<br>email: jimdavis@ago.state.al.us. | John J. Park, Jr.<br>Deputy Attorney General<br>Strickland Brockington Lewis LLP<br>Midtown Proscenium Suite 2200<br>1170 Peachtree Street NE<br>Atlanta, GA 30309<br>email: jjp@sbllaw.net.<br><br>Walter S. Turner, Esq.<br>Post Office Box 6142<br>Montgomery, AL 36106-0142<br>email: wsthayer@juno.com |

11

Dorman Walker  
dwalker@balch.com  
Louis M. Calligas  
lcalligas@balch.com  
BALCH & BINGHAM LLP  
Post Office Box 78  
Montgomery, AL 36101-0078  

John K. Tanner, Esq.  
3743 Military Road NW.  
Washington, DC 20015  
email: john.k.tanner@gmail.com  

Joe M. Reed, Esq.  
Joe M. Reed & Associates, LLC  
524 South Union Street  
Montgomery, AL 36104-4626  
email: joe@joereedlaw.com  

James H. Anderson, Esq.  
William F. Patty, Esq.  
Jesse K. Anderson, Esq.  
Brannan W. Reaves  
Jackson, Anderson & Patty, P.C.  
Post Office Box 1988  
Montgomery, AL 36102  
email: janderson@jaandp.com  
email: bpatty@jaandp.com  
email: jkanderson@jaandp.com  
email: breaves@jaandp.com  

                                        s/ James U. Blacksher

                                        Attorney for ALBC plaintiffs