IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALABAMA LEGISLATIVE BLACK CAUCUS, et al., ) ) ) Plaintiffs, ) ) v. ) ) THE STATE OF ALABAMA, et al., ) ) Defendants. ) ) | CIVIL ACTION NO. 2:12-cv-691-WKW-MHT-WHP (3-judge court) |
| DEMETRIUS NEWTON, et al., ) ) ) Plaintiffs, ) ) v. ) ) THE STATE OF ALABAMA, et al., ) ) Defendants. ) | CIVIL ACTION NO. 2:12-cv-1081-WKW-MHT-WHP |

## AMENDED WITNESS LIST

The *ALBC* State Defendants, the *Newton* State Defendants, and Defendants-Intervenors Senator Gerald Dial and Representative Jim McClendon designate the following witnesses they intend to call and those that they may call at any trial in this case:

230282.1

## Will Call Witnesses

1. Gerald Dial
   c/o Dorman Walker
   Balch & Bingham LLP
   Post Office Box 78
   Montgomery, AL  36101
   334/269-3138

2. Jim McClendon
   c/o Dorman Walker
   Balch & Bingham LLP
   Post Office Box 78
   Montgomery, AL  36101
   334/269-3138

3. Randolph Hinaman
   c/o Dorman Walker
   Balch & Bingham LLP
   Post Office Box 78
   Montgomery, AL  36101
   334/269-3138

4. Thomas L. Brunell
   c/o Dorman Walker
   Balch & Bingham LLP
   Post Office Box 78
   Montgomery, AL  36101
   334/269-3138

Any of witnesses 1-4 may be presented by deposition if the witness is unavailable for live testimony.

5. Any or all of the ALBC Plaintiffs, including, but not limited to, any member of the Alabama Legislative Black Caucus;

6. Any or all of the Newton Plaintiffs, including, but not limited to, a representative of the Alabama Democratic Conference.

## May Call Witnesses

1. Bonnie Shanholtzer
   c/o Dorman Walker
   Balch & Bingham LLP
   Post Office Box 78
   Montgomery, AL  36101
   334/269-3138

2. Jeff Woodard
   c/o Alabama House of Representatives
   11 South Union Street
   Montgomery, AL  36104
   334/242-4753

3. D. Patrick Harris
   c/o Alabama Senate
   11 South Union Street
   Montgomery, AL  36104
   334/242-7800

4. Jay Love
   c/o Alabama House of Representatives
   11 South Union Street
   Montgomery, AL  36104
   334/242-4753

Any of witnesses 1-4 may be presented by deposition if the witness is unavailable for live testimony.

5. Alan Harper
c/o Alabama House of Representatives
11 South Union Street
Montgomery, AL 36104
334/242-4753

6. Any current or former member of the Alabama Legislature;

7. Any witness required to rebut the testimony of any witness offered by the ALBC Plaintiffs, the Newton Plaintiffs, or both;

8. Any witness needed solely for impeachment purposes;

9. Any and all witnesses listed by any other party to these cases;

10. Any and all witnesses deposed in these cases;

11. Any and all witnesses to be deposed in these cases;

12. Any and all witnesses listed in the parties Rule 26 expert disclosures;

13. Any nonparty who has been served with a subpoena in these cases; and

14. Any witness necessary to authenticate any document and/or prove chain of custody of any document or item.

Respectfully submitted this the 18th day of July, 2013.

LUTHER STRANGE
Attorney General of Alabama

By:

/s/ John J. Park, Jr.
John J. Park, Jr.
*Deputy Attorney General*
Ala. State Bar ID ASB-xxxx-P62J
E-mail: jjp@sbllaw.net
Strickland Brockington Lewis LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, GA  30309
Telephone: 678-347-2200
Fax: 678-347-2210

James W. Davis
*Assistant Attorney General*
Ala. State Bar ID ASB-xxxx-I58J
E-mail: jimdavis@ago.state.al.us

Misty S. Fairbanks Messick
*Assistant Attorney General*
Ala. State Bar IC ASB-xxxx-T71F
E-mail: mmessick@ago.state.al.us

Office of the Attorney General
State of Alabama
Post Office Box 300152
Montgomery, AL  36130-0152
Telephone: 334-242-7300
Fax: 334-353-8440

Attorneys for the ALBC State Defendants

/s/Dorman Walker
One of counsel for Defendants-Intervenors Jim McClendon and Gerald Dial

**OF COUNSEL:**

Dorman Walker (ASB-9154-R81J)
dwalker@balch.com
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: 334-834-6500
Fax: 334-269-3115

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 18th day of July, 2013:

James U. Blacksher
PO Box 636
Birmingham, AL 35201-0636

U. W. Clemon
White Arnold & Dowd P.C.
2025 Third Avenue North, Suite 500
Birmingham, AL 35203

W. Edward Still
Edward Still Law Firm LLC
2112 11th Avenue South, Ste. 541
Birmingham, AL 35205

James H. Anderson
William F. Patty
Jesse K. Anderson
Brannon Reaves
Jackson, Anderson & Patty, P.C.
P.O. Box 1988
Montgomery, AL 36102

Walter S. Turner
P.O. Box 6142
Montgomery, AL 36106

John K. Tanner
3743 Military Road NW
Washington, DC 20015

Joe M. Reed
Joe M. Reed & Associates, LLC
524 South Union Street
Montgomery, AL  36104

                                                  /s/Dorman Walker
                                                  Of Counsel