TESTIMONY ON RACIALLY POLARIZED VOTING IN ALABAMA AND ITS
IMPLICATIONS FOR AFRICAN AMERICAN VOTER OPPORTUNITIES IN
REDISTRICTING PLANS

Allan J. Lichtman
Distinguished Professor of History
American University
Washington, DC 20016

July 30, 2013

Pursuant to 28 U.S.C. I 746, I declare under penalty of perjury that the information set forth in this report is true and correct to the best of my knowledge and belief.

Allan J. Lichtman

**I. Qualifications**

1.      My name is Allan J. Lichtman. My current position is Distinguished Professor of History at American University in Washington, D.C., where I have been employed for 40 years. Formerly, I served as Chair of the History Department and Associate Dean of the College of Arts and Sciences at American University.  I received my BA in History from Brandeis University in 1967 and my Ph.D. in History from Harvard University in 1973, with a specialty in the mathematical analysis of historical data.  My areas of expertise include political history, electoral analysis, and historical and quantitative methodology.

2.      I am the author of numerous scholarly works on quantitative methodology in social science.  This scholarship includes articles in such academic journals as Political Methodology, Journal of Interdisciplinary History, International Journal of Forecasting, and Social Science History.  In addition, I have coauthored Ecological Inference with Dr. Laura Langbein, a standard text on the analysis of social science data, including political information.  I have published articles on the application of social science analysis to civil rights issues.  This work includes articles in such journals as Journal of Law and Politics, La Raza Law Journal, Evaluation Review, Journal of Legal Studies, and National Law Journal.  My scholarship also includes the use of quantitative and qualitative techniques to conduct contemporary and historical studies, published in such academic journals as The Proceedings of the National Academy of Sciences, The American Historical Review, Forecast, and The Journal of Social History.  Quantitative and historical analyses also ground my books, Prejudice and the Old Politics: The Presidential Election of 1928, The Thirteen Keys to the Presidency (co-authored with Ken DeCell), The Keys to the White House, and White Protestant Nation: The Rise of the American Conservative Movement.

2

3.      My book, White Protestant Nation, was one of five finalists for the National Book Critics Circle Award for the best general nonfiction book published in America. My most recent book, co-authored with Richard Breitman, FDR and the Jews, was published under the Belknap Imprint of the Harvard University Press, reserved for works of special significance and lasting impact. This book was an editor's choice book of the New York Times in 2013 and has been submitted for the Pulitzer Prize.

4.      I have worked as a consultant or expert witness for both plaintiffs and defendants in more than eighty voting and civil rights cases. These include several cases in the state of Alabama and in many other southern states. In the U. S. Supreme Court case, League of United Latin Am. Citizens (LULAC) v. Perry, 548 U.S. 399 (2006), the majority opinion written by Justice Kennedy authoritatively cited my statistical work several times. My work includes more than a dozen cases for the United States Department of Justice and cases for many civil rights organizations. I have also worked as a consultant or expert witness numerous times in defending enacted plans from voting rights challenges.

**II. Statement of Inquiry**

5.      I have been asked to examine the voting behavior of African Americans and whites in recent elections held in the state of Alabama. I have been asked to consider whether such voting is polarized along racial lines, with African Americans cohesive behind candidates of their choice and white voters bloc voting against these candidates. I have also been asked to consider the implications of polarized voting and turnout for African American voter opportunities in alternative illustrative districts for the State House and State Senate. I have attached a CV and a table of cases with this testimony.

### III. Summary of Opinions

6.      I found that (1) voting is highly polarized along racial lines in recent general elections held in the state of Alabama, with African Americans nearly unanimous in their choice of candidates and whites strongly voting against those African American candidates of choice. I found that (2) African Americans invariably prefer Democratic candidates in general elections and that whites invariably prefer Republican candidates. Thus, party loyalty, which is tied to race, pulls African Americans and whites in different directions. I also found that (3) polarization between African Americans and whites in general elections is greater when the Democratic candidate is African American rather than white. Thus, the direct effect of an African American candidacy creates more racial polarization than would be accounted for by party alone. In addition, I found that (4) these patterns of racially polarized voting indicate that the  African American voters would not have reasonable opportunities to elect candidates of their choice to office in districts dominated by whites. In such districts white bloc voting would prevail. Finally, I found that (5) these patterns of polarized voting combined with turnout for African Americans and whites further indicate that African Americans would have an excellent opportunity to elect candidates of their choice in the plaintiffs' illustrative additional majority-minority districts.

### IV. Data and Methods

7.      The voting analysis in this report relies on standard data utilized in social science: county-level or precinct by precinct-level election returns for relevant elections, with candidates identified by race and voters categorized as either African Americans or whites. The category white will include some Latinos and others. These ethnic and racial groups comprise a small percentage of Alabama's registered voters and are not concentrated in a sufficient number of precincts for statistical analysis of their voting choices. Data was obtained from counsel and

4

from the website of the Alabama Secretary of State. My understanding is that counsel obtained

their information from the state and localities. The analysis utilizes the standard methodology of

ecological regression that I have employed in some 80 previous voting rights cases. This

procedure was recognized by the Supreme Court in Thornburg v. Gingles, 478 U.S. 30 (1986),

and applied by the Court to single-member districts plans in Quilter v. Voinovich, 113 S.Ct 1149

(1993). My analysis based on these methods was cited in the recent LULAC Supreme Court

case. It was also cited by the three judge court in the 2011 Illinois Congressional litigation:

Committee for a Fair and Balanced Map, et al. v. Illinois State Board of Elections, et al. 835 F.

Supp. 2d 563 - Dist. Court, ND Illinois 2011.

**V. Results of Analysis: Elections Held Statewide**

8.      Table 1 reports the results of an analysis that examines recent elections held

statewide in Alabama. Given the difficulty of matching precinct level registration statistics and

election returns for the entire state, this analysis uses counties as the basis for statistical study.[1]

There are a sufficient number of counties in Alabama (67) and a sufficient range in the

percentage of African American registrants (from less than 1 percent to 85 percent) for reliable

analysis. The results reported in Table 1 show that African American voters overwhelmingly

backed the Democratic candidate in all six statewide elections studied, from 2004 to 2012.  In

turn, the results in Table 1 demonstrate that whites overwhelmingly bloc voted against the

African American candidates of choice. As indicated in the final row of Table 1 black cohesion

behind the Democratic candidate averaged 93 percent for all elections, whereas white support for

these candidates averaged 24 percent for all elections. Thus, there is a high degree of polarization

between the candidate choices of African Americans and whites in the six elections, equal to 69

---

1 The registration and election data is often compiled with different precinct designations.

**Table 1**
**Ecological Regression Results for Six General Elections Held Statewide (\* Indicates Winner)**

| Elections and Candidates | % African American Voters for Candidate | % of White Voters for Candidate |
|---|---|---|
| **Black Versus White Elections** | | |
| **2008 US Senate** | | |
| Figures (BD) | 93% | 19% |
| Sessions (WR) * | 7% | 81% |
| **2008 President** | | |
| Obama (BD) | 98% | 20% |
| McCain (WR) * | 2% | 80% |
| **2012 President** | | |
| Obama (BD) | 91% | 17% |
| Romney (WR) * | 9% | 83% |
| **Mean Vote for Black Democrat** | **94%** | **19%** |
| **White Versus White Elections** | | |
| **2004 President** | | |
| Kerry (WD) | 91% | 22% |
| Bush (WR) * | 9% | 77% |
| **2008 Justice 1** | | |
| Paseur (WD) | 90% | 37% |
| Shaw (WR) * | 10% | 63% |
| **2012 Chief Just** | | |
| Vance (WD) | 95% | 29% |
| Moore (WR) * | 9% | 71% |
| **Mean Vote for White Democrats** | **92%** | **29%** |
| **Mean Vote for All Democrats** | **93%** | **24%** |

percentage points (93% minus 24%).

9.      Table 1 also demonstrates that polarized voting exists in these general elections independent of party. That is, polarized voting is substantially stronger for elections with black Democrats than for elections with white Democrats. Black cohesion is only slightly lower for white versus white than black versus white elections (94 percent compared to 92 percent). However, white bloc voting against the African American candidate of choice is much more substantial in the black versus white than in the white versus white elections. As indicated in Table 1, only 19 percent of white voters backed black Democrats, whereas 29 percent of white voters backed white Democrats. The degree of polarization in black versus white elections is especially high at 75 percentage points (94% minus 19%), compared to 63 percentage points in white versus white elections (92% minus 29%).

10. Although there is a separate racial component in these results, the influence of party loyalty in the South is intimately tied to race. Democratic President Lyndon Johnson's backing for the Civil Rights Act of 1964 and the Voting Rights Act of 1965 cemented the loyalties of African Americans to the Democratic Party and pushed white southerners towards the Republicans. The shift of white southern voters in the latter part of the 20th century from the most reliable of Democrats to the most loyal of Republicans is one of the most dramatic political transformations in U. S. history.

11.      The reliability of the ecologically regression results is sustained by Charts 1 to 6 in Appendix I that portray for each of the six statewide elections the relationship between the percentage of African American registrants in a county and the percentage of the two-party vote for the Democratic candidate. In these "scattergrams" the X axis represents the percentage of African American registrants in each of the state's counties and the Y axis the percentage of the

7

two-party vote for the Democratic candidate. Each point on the scattergram represents the intersection of each precincts percentage of African Americans and its percentage of the two-party Democratic vote. Chart 7 of Appendix I displays an example of a relationship where there is a lack of polarization between African Americans and whites.

**Chart 7: Sample Chart Showing a Lack of Polarization Between African American and White Registrants in Each County**



The chart shows no tight linear relationship, but rather a diffuse cloud of counties.  In contrast, charts 1 to 6 portray a very tight upward sweeping linear relationship between the racial composition of the counties and the distribution of the vote in the counties, as in Chart 2, which reflects the vote for and against Obama in the 2008 presidential election.

**Chart 2: Relationship Between the Percent of African American Registrants in Each County and the Percent of the Vote for African American Democrat Obama, 2008 Presidential General**



As the African American composition of a county increases, so does its vote for the Democratic candidate in each of six election. This close relationship displayed in Charts 1 to 6 is very rarely found in social science. It should also be noted that as compared to African American Democrats, the charts for white Democrats are pitched higher on the Y axis and slowly a slightly less tight relationship between race and the vote emerges. This reflects the greater white vote for white Democratic candidates, compared to black Democratic candidates.

9

12.     Charts 1 to 6 also demonstrate that counties are remarkably consistent in voting patterns. There is no indication in these charts of substantial differences in various parts of the state in polarized voting between African Americans and whites. That is, there are no groups of counties that stand out as markedly different from the overall relationships between race and voting displayed in the charts across the state. Rather counties are tightly clustered in a linear pattern for a variety of elections across three election cycles. The results are especially consistent across counties for the three elections with African American candidates.

13. The ecological regression results are additionally confirmed by the scrutiny of exit polls. These polls are based on a methodology that is strictly independent of ecological regression. Exit polls involve no analysis of election returns; they are based on responses to questions presented to voters upon leaving the polls on Election Day. As indicated in Table 2, exit polls for Alabama are available for three black vs. white and one white versus white of the six statewide elections studied. These results show nearly the same pattern of polarized voting as the ecological regression results.  In fact, the exit polls show a higher level of polarization than the ecological regression results for each of the four elections included in both Table 1 and Table 2. The exit poll results reported in Table 2 also confirm that polarization in greater in elections with black Democrat as compared to elections with white Democrats – 83 percentage points (95% minus 12%) versus 74 percentage points (93% minus 19%).

**VI. Results of Analysis: Statewide Elections in Key Counties**

14.     Tables 3 to 5 report the results of an analysis that examines recent statewide elections within the three individual counties for which illustrative additional districts are presented: Jefferson, Madison, and Montgomery counties. I have been able to match most precinct level registration and election results for all contests presented above from 2008 and

10

**Table 2**
**Exit Poll Results for Four General Elections Held Statewide (\* Indicates Winner)**

| Elections and Candidates | % African American Voters for Candidate | % of White Voters for Candidate |
|---|---|---|
| **Black Versus White Elections** | | |
| <u>**2008 US Senate**</u> | | |
| <u>Figures (BD)</u> | 92% | 11% |
| <u>Sessions (WR) \*</u> | 8% | 89% |
| **2008 President** | | |
| <u>Obama (BD)</u> | 98% | 10% |
| <u>McCain (WR) \*</u> | 2% | 90% |
| **2012 President** | | |
| <u>Obama (BD)</u> | 95% | 15% |
| <u>Romney (WR) \*</u> | 5% | 85% |
| **Mean Vote for Black Democrat** | **95%** | **12%** |
| **White Versus White Election** | | |
| <u>**2004 President**</u> | | |
| <u>Kerry (WD)</u> | **93%** | **19%** |
| <u>Bush (WR) \*</u> | 7% | 81% |
| **Mean Vote for All Democrats** | **95%** | **14%** |
| **Source: CNN.com. Results reflect only two-party totals.** | | |

11

2012. The results reported in Tables 3 to 5 show patterns of racial polarization quite similar to those found for the statewide county by county analysis. In each election in each county, African American voters unite in virtual unanimity behind their candidates of choice, whereas a substantial majority of white voters vote against these candidates.

15.    Again, white bloc voting against the candidates of choice of black voters is strongest in elections with black candidates. In Jefferson County, Table 3 demonstrates that a mean of 19 percent of white voters backed the black candidate of choice of black voters for a polarization rate of 81 percent. A mean of 33 percent of white voters backed the white candidate of choice of black voters in Jefferson County, for a polarization rate of 67 percent. For all five elections in Jefferson County, a mean of 25 percent of white voters backed the candidate of choice of black voters, for a polarization rate of 75 percent.

16.    In Madison County, Table 4 demonstrates that a mean of 24 percent of white voters backed the black candidate of choice of black voters for a polarization rate of 76 percent. A mean of 36 percent of white voters backed the white candidate of choice of black voters in Madison County, for a polarization rate of 64 percent. For all five elections in Madison County, a mean of 29 percent of white voters backed the candidate of choice of black voters, for a polarization rate of 71 percent.

17.    In Montgomery County, Table 5 demonstrates that a mean of 20 percent of white voters backed the black candidate of choice of black voters for a polarization rate of 80 percent. A mean of 41 percent of white voters backed the white candidate of choice of black voters in Montgomery County, for a polarization rate of 59 percent. For all five elections in Montgomery County, a mean of 28 percent of white voters backed the candidate of choice of black voters, for a polarization rate of 72 percent.

**Table 3**
**Ecological Regression Results Within Jefferson County for Five General Elections Held Statewide**

| Elections and Candidates | % African American Voters for Candidate | % of White Voters for Candidate |
|---|---|---|
| **Black Versus White Elections** | | |
| **2008 US Senate** | | |
| Figures (BD) | 100% | 17% |
| Sessions (WR) * | 0% | 83% |
| **2008 President** | | |
| Obama (BD) | 100% | 21% |
| McCain (WR) * | 0% | 80% |
| **2012 President** | | |
| Obama (BD) | 100% | 20% |
| Romney (WR) * | 0% | 83% |
| **Mean Vote for Black Democrat** | **100%** | **19%** |
| **White Versus White Elections** | | |
| **2008 Justice 1** | | |
| Paseur (WD) | 100% | 28% |
| Shaw (WR) * | 0% | 72% |
| **2012 Chief Just** | | |
| Vance (WD) | 100% | 38% |
| Moore (WR) * | 0% | 62% |
| **Mean Vote for White Democrats** | **100%** | **33%** |
| **Mean Vote for All Democrats** | **100%** | **25%** |

**Table 4**
**Ecological Regression Results Within Madison County for Five General Elections Held Statewide**

| Elections and Candidates | % African American Voters for Candidate | % of White Voters for Candidate |
|---|---|---|
| **Black Versus White Elections** | | |
| **2008 US Senate** | | |
| Figures (BD) | 100% | 19% |
| Sessions (WR) * | 0% | 81% |
| **2008 President** | | |
| Obama (BD) | 100% | 27% |
| McCain (WR) * | 0% | 83% |
| **2012 President** | | |
| Obama (BD) | 100% | 26% |
| Romney (WR) * | 0% | 84% |
| **Mean Vote for Black Democrat** | **100%** | **24%** |
| **White Versus White Elections** | | |
| **2008 Justice 1** | | |
| Paseur (WD) | 100% | 39% |
| Shaw (WR) * | 0% | 61% |
| **2012 Chief Just** | | |
| Vane (WD) | 100% | 33% |
| Moore (WR) * | 0% | 67% |
| **Mean Vote for White Democrats** | **100%** | **36%** |
| **Mean Vote for All Democrats** | **100%** | **29%** |

14

**Table 5**
**Ecological Regression Results Within Montgomery County for Five General Elections Held Statewide**

| Elections and Candidates | % African American Voters for Candidate | % of White Voters for Candidate |
|---|---|---|
| **Black Versus White Elections** | | |
| **2008 US Senate** | | |
| Figures (BD) | 100% | 17% |
| Sessions (WR) * | 0% | 81% |
| **2008 President** | | |
| Obama (BD) | 100% | 22% |
| McCain (WR) * | 0% | 83% |
| **2012 President** | | |
| Obama (BD) | 100% | 20% |
| Romney (WR) * | 0% | 84% |
| **Mean Vote for Black Democrat** | **100%** | **20%** |
| **White Versus White Elections** | | |
| **2008 Justice 1** | | |
| Paseur (WD) | 100% | 41% |
| Shaw (WR) * | 0% | 59% |
| **2012 Chief Just** | | |
| Vane (WD) | 100% | 41% |
| Moore (WR) * | 0% | 59% |
| **Mean Vote for White Democrats** | **100%** | **41%** |
| **Mean Vote for All Democrats** | **100%** | **28%** |

15

18.     The reliability of the ecologically regression results is sustained by Charts included in Appendices 2 to 4, that portray the relationship between the percentage of African American registrants within individual precincts and the percentage of the two-party vote for the Democratic candidate for each of the five elections and three counties. These charts demonstrate across five elections and three counties that even for units as small as precincts there is a very tight linear relationship between the racial composition of the precincts and the distribution of the vote in the precincts. The only substantial exception occurs for a few heavily white precincts in Jefferson County that provided a majority of their votes for the candidate of choice of black voters.

19.     The estimates in Tables 3 to 5 of one hundred percent black cohesion does not mean that not a single voter diverged from the pattern shown. Estimates of zero and one hundred do sometimes occur at the far extremes in ecological regression analysis and indicate extremely high cohesion or bloc voting. A cohesion finding of 100 percent or very close to 100 percent is confirmed by the precinct-level charts in Appendices 2 to 4, which show that as the black registration percentage in a precinct approaches 100 percent, the vote for the candidate of choice of black voters likewise approaches 100 percent. Similar results emerged for some contests in the 2003 analyses in LULAC v. Perry and in the 2011 analyses in Committee for a Fair and Balanced Map, et al. v. Illinois State Board of Elections, et al.

**VII. Results of Analysis: State House and Senate Elections**

20.     Table 6 reports the results of ecological regression analysis for elections held within State House and State Senate elections in areas of interest within Alabama.[2] These results

---

2 For districts with multiple counties it was not possible always to match election returns with regression data. In no case, however, was more than a single county not included. Also, there are additional elections for which matching information was not available.

are similar to those found for elections held statewide, showing both overwhelming African American cohesion behind candidates of their choice and substantial white bloc voting against these candidates. As indicated in the final row of Table 6 black cohesion behind the Democratic candidate averaged 94 percent for all elections, whereas white support for these candidates averaged 27 percent for all elections. Thus, the degree of polarized voting in the six elections is 67 percentage points (94% minus 27%), very close to the 69 percentage points found for the six elections held statewide. Once again, white bloc voting against the African American candidate of choice is much more substantial in the black versus white than in the white versus white elections. As indicated in Table 6, only 15 percent of white voters backed African American Democrats, whereas 34 percent of white voters backed the white Democrat. The degree of polarization in black versus white elections is 82 percentage points (97% minus 15%), compared to 58 percentage points in white versus white elections (92% minus 34%).

## VIII. Results of Analysis: Native American and Hispanic Voting

21.     There is an insufficient concentration of Native Americans or Hispanics in the state of Alabama for ecological regression analysis. However, there is evidence pointing to the cohesion of these two groups with the choices of African Americans in general elections. With respect to Native American voting some indication of preferences is provided by the McIntosh High School precinct in Senate District 22, Washington County. This precinct has a Native American plurality with 41 percent of registered voters. African Americans comprise another 23 percent of registrants for a combined Native American African American majority of 64 percent. In the 2006 general election for State Senate this precinct cast 75 percent of its vote for the Democrat Lindsay and in the 2010 general election for State Senate it cast 87 percent of its vote

**Table 6**
**Ecological Regression Results for General Elections in State House & Senate Districts (\* Indicates Winner)**

| Elections and Candidates | % African American Voters for  Candidate | % of White Voters for Candidate |
|---|---|---|
| **Black Versus White Elections** | | |
| **2009 Senate D9** | | |
| Hall (BD) | 100% | 17% |
| Sanford (WR) \* | 0% | 83% |
| **2010 House D84** | | |
| Forte (BD) \* | 90% | 0% |
| Perrin (WR) | 10% | 100% |
| **2010 House D85** | | |
| Grimsley (BD) \* | 100% | 29% |
| Singleton (WR) | 0% | 71% |
| **Mean Vote for Black Democrat** | **97%** | **15%** |
| **White Versus White Elections** | | |
| **2006 Senate D22** | | |
| Lindsey (WD) \* | 79% | 41% |
| McMillan (WR) | 21% | 59% |
| **2010 Senate D7** | | |
| Enfinger (WD) | 88% | 24% |
| Sanford (WR) \* | 12% | 76% |
| **2010 Senate D11** | | |
| Fielding (WD) \* | 100% | 34% |
| Robbins (WR) | 0% | 66% |
| **Table Continued on the Next Page** | | |

**Table 6, Continued**
**Ecological Regression Results for General Elections in State House & Senate Districts (\* Indicates Winner)**

| Elections and Candidates | % African American Voters for Candidate | % of White Voters for Candidate |
|---|---|---|
| **White Versus White Elections, Continued** | | |
| **2010 Senate D22** | | |
| Keahey (WD) * | 91% | 40% |
| Joyner (WR) | 9% | 60% |
| **2010 House D73** | | |
| Hubbard (WD) * | 100% | 30% |
| Grimes (WR) | 0% | 70% |
| **Mean Vote for White Democrats** | **92%** | **34%** |
| **Mean Vote for All Democrats** | **94%** | **27%** |

for the Democrat Keahey. These results point to a voting coalition of Native Americans and African Americans given that about 60 percent of white voters overall backed the Republican candidates in these two elections.

22.     With respect to Hispanics, there are no precincts comparable to McIntosh High School for Indians. However, it is well established that with the exception of Cuban-Americans, Hispanics are overwhelmingly Democratic in their choice of candidates. (see, Mark Hugo Lopez and Paul Taylor, *Latino Voters in the 2012 Election*, Pew Research Hispanic Center, November 12, 2012 (http://www.pewhispanic.org/2012/11/07/latino-voters-in-the-2012-election/).  Recent Census data indicates that the Hispanic population of Alabama is almost entirely non-Cuban. The Census reports country of origin among foreign born Hispanics. In Alabama, the percentage with origins in Cuba is an inconsequential 1.4 percent. (Table B05006, *Place of Birth for the Foreign-Born Population*, 2007-2011, American Community Survey, Three Year Estimates). Given that these foreign born would also comprise most parents of native born Hispanics, the overall Hispanic population should closely reflect the minimal percentage reported above.

**IX. Results of Analysis: African American Voter Opportunities**

23.     The consideration of African American and white turnout in Alabama provides additional perspective on these polarized voting results. Today African American participation in elections in Alabama is at least comparable and likely above white participation. According to statistics compiled by the Alabama Secretary of State, African Americans now comprise some 26.9 percent of active registered voters in the state. This is higher than the African American percentage of the voting age population, which is 25.2 percent. For the most recent elections, held in 2012, the percentage of African Americans among voters was higher yet at 28 percent according to exit poll data. Estimation of the percentage of African American voters in 2012

based on ecological regression yields slightly higher results at some 30 percent. However, as indicated below, African American voter opportunities in districts that are above 46 percent African American voting age population are by no means dependent on equal or higher African American turnout, given the extremely high cohesion of this voter group.

24.     These polarized voting and turnout results demonstrate that African Americans in Alabama would find their opportunities to elect candidates of their choice and participate fully in the political process impeded in state legislative districts dominated by whites.  However, the very high degree of black cohesion combined with white crossover demonstrates that it is not necessary to draw super-majority African American districts to provide African Americans a reasonable opportunity to elect candidates of their choice to the state legislature.

25.     Analysis demonstrates that all three of the illustrative alternative districts attached to this report would provide African American voters an excellent opportunity to elect candidates of their choice. Table 7 presents the demography of the three districts and Table 8 presents projections of the vote for African American candidates of choice based on county-specific turnout rates and the levels of black cohesion and white crossover voting presented in Tables 3 – 5. The results reported in Table 8 show that the candidate of choice of African American voters would be a clear winner, even if the analysis is only limited to elections with black candidates. These analyses focus on general elections. With respect to primary elections, African Americans are overwhelmingly Democratic and whites overwhelmingly Republican. African Americans in such districts would thus constitute the great majority of primary voters and be able to nominate their candidate of choice (a candidate of choice of African American voters could be of any race).

26.     These findings are sustained by the actual results of elections in Alabama. There

**Table 7**
**Demographic Analysis of Illustrative Alternative State Legislative Districts**

| District | % Minority | % Black | % Black Voting Age |
|----------|-----------|---------|--------------------|
| | | | |
| Jefferson Co. House | 63.7% | 55.7% | 53.0% |
| | | | |
| Montgomery Co. House | 55.6% | 50.4% | 46.6% |
| | | | |
| Madison Co. Senate | 58.0% | 48.4% | 46.5% |
| | | | |

**Table 8**
**Projected Votes for Candidate of Choice of Black Voters, Illustrative Alternative Districts**

| District | Black Vote for Preferred Candidate of Black Voters | White Vote for Preferred Candidate of Black Voters | Total Vote for Preferred Candidate of Black Voters |
|---|---|---|---|
| | | | |
| Jefferson Co. House | 52% | 13% | **65%** |
| | | | |
| Montgomery Co. House | 40% | 17% | **57%** |
| | | | |
| Madison Co. Senate | 43% | 16% | **59%** |
| | | | |
| | | | |
| District | Black Vote for Preferred Candidate of Black Voters | White Vote for Preferred Candidate of Black Voters | Total Vote for Preferred Candidate of Black Voters |
| | | | |
| Jefferson Co. House | 52% | 10% | **62%** |
| | | | |
| Montgomery Co. House | 40% | 14% | **54%** |
| | | | |
| Madison Co. Senate | 43% | 11% | **54%** |

are three districts in the current State House plan that are equal to or greater than 40 percent

African American in their voting age population, but less than 50 percent.  The African

American voting age populations in these districts range from 46 percent to 49.7 percent, close to

the percentages for the illustrative districts. As indicated in Table 9, Democrats won all three

districts and African American candidates prevailed in two of the three districts in 2010, a bad

year for Democrats in Alabama and across the nation. These findings regarding opportunities for

African American voters in below 50 percent but above 40 percent African American VAP are

comparable to my recent findings for other states, including North Carolina and Illinois.[3]

27.    Plaintiffs in this case have presented illustrative partial plans showing that it is

possible to create additional African American opportunity districts in both the House and the

Senate (see also, Report of Bill Cooper submitted for this litigation). Those illustrations, which

are the basis of the projections above, are attached as Appendix VI of this report.

---

3 See declaration of Allan Lichtman in *North Carolina Branches of the NAACP etal. v. State of North Carolina, et al.* Civil Action No: 11-CV-01640, in the North Carolina General Court of Justice, County of Wake, Superior Court Division and Lichtman, Testimony Before the Senate and House Redistricting Committees, Illinois, May 24, 2011, http://www.ilhousedems.com/redistricting/?page_id=417.

**Table 9**
**Election Results in State Legislative Districts Below 50% African American VAP and**
**Above 40% African American VAP, 2010 General Election**

| Current House District | African American VAP % 2010 Census | Winning Candidate in 2010 | |
|---|---|---|---|
| | | | |
| HD 73 | 46.0% | Hubbard (WD) | |
| | | | |
| HD 84 | 49.7% | Forte (BD) | |
| | | | |
| HD 85 | 46.1% | Grimsley (BD) | |
| | | | |

25

**Appendix I: Charts Showing Relationship Between Percentage of African American Registrants in Counties and the Percentage of the Vote for Candidate of Choice of African American Voters as Demonstrated In Table 1**

**Chart 1: Relationship Between the Percent of African American Registrants in Each County and the Percent of the Vote for White Democrat Kerry, 2004 Presidential General**



**Chart 2: Relationship Between the Percent of African American Registrants in Each County and the Percent of the Vote for African American Democrat Obama, 2008 Presidential General**



**Chart 3: Relationship Between the Percent of African American Registrants in Each County and the Percent of the Vote for African American Democrat Figures, 2008 US Senate General**



**Chart 4: Relationship Between the Percent of African American Registrants in Each County and the Percent of the Vote for White Democrat Paseur, 2008 Justice 1 General**



**Chart 5: Relationship Between the Percent of African American Registrants in Each County and the Percent of the Vote for African American Democrat Obama, 2012 Presidential General**



**Chart 6: Relationship Between the Percent of African American Registrants in Each County and the Percent of the Vote for White Democrat Vance, 2012 Chief Justice General**



**Chart 7: Sample Chart Showing a Lack of Polarization Between African American and White Registrants in Each County**



**Appendix II: Charts Showing Relationship Between Percentage of African American Registrants in Precincts and the Percentage of the Vote for Candidate of Choice of African American Voters in Jefferson County as Demonstrated In Table 3**

**Chart Jefferson1: Jefferson County Relationship Between the Percent of African American
Registrants in Each County and the Percent of the Vote for African American Democrat
Obama, 2008 Presidential General**



**Chart Jefferson2: Jefferson County: Relationship Between the Percent of African American Registrants in Each County and the Percent of the Vote for African American Democrat Figures, 2008 US Senate General**



**Chart Jefferson3: Jefferson County: Relationship Between the Percent of African American Registrants in Each County and the Percent of the Vote for White Democrat Paseur, 2008 Justice 1 General**



**Chart Jefferson4: Jefferson County: Relationship Between the Percent of African American Registrants in Each County and the Percent of the Vote for African American Democrat Obama, 2012 Presidential General**



**Chart Jefferson5: Jefferson County: Relationship Between the Percent of African American Registrants in Each County and the Percent of the Vote for White Democrat Vance, 2012 Chief Justice General**



**Appendix III: Charts Showing Relationship Between Percentage of African American Registrants in Precincts and the Percentage of the Vote for Candidate of Choice of African American Voters in Madison County as Demonstrated In Table 4**

**Chart Madison1: Madison County Relationship Between the Percent of African American
Registrants in Each County and the Percent of the Vote for African American Democrat
Obama, 2008 Presidential General**



**Chart Madison2: Madison County: Relationship Between the Percent of African American
Registrants in Each County and the Percent of the Vote for African American Democrat
Figures, 2008 US Senate General**



**Chart Madison3: Madison County: Relationship Between the Percent of African American Registrants in Each County and the Percent of the Vote for White Democrat Paseur, 2008 Justice 1 General**



**Chart Madison4: Madison County: Relationship Between the Percent of African American Registrants in Each County and the Percent of the Vote for African American Democrat Obama, 2012 Presidential General**



**Chart Madison5: Madison County: Relationship Between the Percent of African American Registrants in Each County and the Percent of the Vote for White Democrat Vance, 2012 Chief Justice General**



**Appendix IV: Charts Showing Relationship Between Percentage of African American Registrants in Precincts and the Percentage of the Vote for Candidate of Choice of African American Voters in Montgomery County as Demonstrated In Table 5**

**Chart Montgomery1: Montgomery County Relationship Between the Percent of African
American Registrants in Each County and the Percent of the Vote for African American
Democrat Obama, 2008 Presidential General**



**Chart Montgomery2: Montgomery County: Relationship Between the Percent of African American Registrants in Each County and the Percent of the Vote for African American Democrat Figures, 2008 US Senate General**



**Chart Montgomery3: Montgomery County: Relationship Between the Percent of African American Registrants in Each County and the Percent of the Vote for White Democrat Paseur, 2008 Justice 1 General**



**Chart Montgomery4: Montgomery County: Relationship Between the Percent of African American Registrants in Each County and the Percent of the Vote for African American Democrat Obama, 2012 Presidential General**



**Chart Montgomery5: Montgomery County: Relationship Between the Percent of African American Registrants in Each County and the Percent of the Vote for White Democrat Vance, 2012 Chief Justice General**



**Appendix V: CV and Table of Cases**

**Curriculum Vitae**

Allan J. Lichtman
9219 Villa Dr.
Bethesda, MD 20817

(240) 498-8738 h
(202) 885-2411 o

**EDUCATION**

BA, Brandeis University, Phi Beta Kappa, Magna Cum Laude, 1967

PhD, Harvard University, Graduate Prize Fellow, 1973

**PROFESSIONAL EXPERIENCE**

Teaching Fellow, American History, Harvard University, 1969-73

Instructor, Brandeis University, 1970, quantitative history.

Assistant Professor of History, American University, 1973-1977

Associate Professor of History, American University, 1977-1978

Professor of History, American University, 1979 –

Distinguished Professor, 2011 -

**Expert witness in more than 80 redistricting, voting rights and civil rights cases (see Table of Cases attached)**

Associate Dean for Faculty and Curricular Development, College of Arts & Sciences, The American University 1985-1987

Chair, Department of History, American University, 1997- 2001

Regular political analyst for CNN Headline News, 2003-2006

**HONORS AND AWARDS**

Outstanding Teacher, College of Arts and Sciences, 1975-76

Outstanding Scholar, College of Arts and Sciences, 1978-79

Outstanding Scholar, The American University, 1982-83

Outstanding Scholar/Teacher, The American University, 1992-93 (Highest University faculty award)

Sherman Fairchild Distinguished Visiting Scholar, California Institute of Technology, 1980-81

American University summer research grant, 1978 & 1982

Chamber of Commerce, Outstanding Young Men of America 1979-80

Graduate Student Council, American University, Faculty Award, 1982

Top Speaker Award, National Convention of the International Platform Association, 1983, 1984, 1987

National Age Group Champion (30-34) 3000 meter steeplechase 1979

Eastern Region Age Group Champion (30-34) 1500 meter run 1979

Defeated twenty opponents on nationally syndicated quiz show, TIC TAC DOUGH, 1981

 Listing in Marquis, WHO'S WHO IN THE AMERICA AND WHO'S WHO IN THE WORLD

McDonnell Foundation, Prediction of Complex Systems ($50,000, three years), 2003-2005

Organization of American Historians, Distinguished Lecturer, 2004 -

Selected by the Teaching Company as one of America's Super Star Teachers."

Associate Editor, International Journal of Operations Research and Information Systems, 2008 -

Keynote Speaker, International Forecasting Summit, 2007 and 2008

Cited authoritatively by United States Supreme Court in statewide Texas Congressional redistricting case *LULAC v. Perry* (2006)

Finalist for the 2008 National Book Critics Circle Award in general nonfiction for WHITE PROTESTANT NATION: THE RISE OF THE AMERICAN CONSERVATIVE MOVEMENT.

Interviews nominated by the Associated Press for the Edward R. Murrow Award for broadcasting excellence.

Elected Member, PEN American Center, 2009

Appointed Distinguished Professor, 2011
FDR AND THE JEWS designated for Belknap Imprint of the Harvard University Press, reserved
for works of special distinction and lasting value; *New York Times* editors choice book.

## SCHOLARSHIP

A. Books

PREJUDICE AND THE OLD POLITICS: THE PRESIDENTIAL ELECTION OF 1928 (Chapel
Hill: University of North Carolina Press, 1979)

PREJUDICE AND THE OLD POLITICS: THE PRESIDENTIAL ELECTION OF 1928
(Lanham, MD: Lexington Books, 2000), reprint of 1979 edition with new introduction.

HISTORIANS AND THE LIVING PAST: THE THEORY AND PRACTICE OF HISTORICAL
STUDY (Arlington Heights, Ill.: Harlan Davidson, Inc., 1978, with Valerie French)

ECOLOGICAL INFERENCE (Sage Series in Quantitative Applications in the Social Sciences,
1978, with Laura Irwin Langbein)

YOUR FAMILY HISTORY: HOW TO USE ORAL HISTORY, PERSONAL FAMILY
ARCHIVES, AND PUBLIC DOCUMENTS TO DISCOVER YOUR HERITAGE (New York:
Random House, 1978)

KIN AND COMMUNITIES: FAMILIES IN AMERICA (edited, Washington, D. C.:
Smithsonian Press, 1979, , with Joan Challinor)

THE THIRTEEN KEYS TO THE PRESIDENCY (Lanham: Madison Books, 1990, with Ken
DeCell)

THE KEYS TO THE WHITE HOUSE, 1996 EDITION (Lanham: Madison Books, 1996)

THE KEYS TO THE WHITE HOUSE, (Lanham: Lexington Books Edition, 2000)

THE KEYS TO THE WHITE HOUSE, POST-2004 EDITION (Lanham: Lexington Books
Edition, 2005)

THE KEYS TO THE WHITE HOUSE, 2008 EDITION (Lanham: Rowman & Littlefield, 2008)

WHITE PROTESTANT NATION: THE RISE OF THE AMERICAN CONSERVATIVE
MOVEMENT (New York: Grove/Atlantic Press, 2008)

THE KEYS TO THE WHITE HOUSE, 2012 EDITION (2012, Lanham: Rowman & Littlefield)

FDR AND THE JEWS, (Cambridge: Harvard University Press, Belknap Imprint, 2013, with Richard Breitman).


Monograph:

"Report on the Racial Impact of the Rejection of Ballots Cast in the 2000 Presidential Election in the State of Florida," and "Supplemental Report," in VOTING IRREGULARITIES IN FLORIDA DURING THE 2000 PRESIDENTIAL ELECTION, United States Commission on Civil Rights, June 2001


B. Scholarly Articles

"The Federal Assault Against Voting Discrimination in the Deep South, 1957-1967," JOURNAL OF NEGRO HISTORY (Oct. 1969) REF

"Executive Enforcement of Voting Rights, 1957-60," in Terrence Goggin and John Seidel, eds., POLITICS AMERICAN STYLE (1971)

"Correlation, Regression, and the Ecological Fallacy: A Critique," JOURNAL OF INTERDISCIPLINARY HISTORY (Winter 1974) REF

"Critical Election Theory and the Reality of American Presidential Politics, 1916-1940," AMERICAN HISTORICAL REVIEW (April 1976) REF

"Across the Great Divide: Inferring Individual Behavior From Aggregate Data," POLITICAL METHODOLOGY (with Laura Irwin, Fall 1976) REF

"Regression vs. Homogeneous Units: A Specification Analysis," SOCIAL SCIENCE HISTORY (Winter 1978) REF

"Language Games, Social Science, and Public Policy: The Case of the Family," in Harold Wallach, ed., APPROACHES TO CHILD AND FAMILY POLICY (Washington, D. C.: American Association for the Advancement of Science, 1981)

"Pattern Recognition Applied to Presidential Elections in the United States, 1860-1980: The Role of Integral Social, Economic, and Political Traits," PROCEEDINGS OF THE NATIONAL ACADEMY OF SCIENCE (with V. I. Keilis-Borok, November 1981) REF

"The End of Realignment Theory? Toward a New Research Program for American Political History," HISTORICAL METHODS (Fall 1982)

"Kinship and Family in American History," in National Council for Social Studies Bulletin,

UNITED STATES HISTORY IN THE 1980s (1982)

"Modeling the Past: The Specification of Functional Form," JOURNAL OF INTERDISCIPLINARY HISTORY (with Ivy Broder, Winter 1983) REF

"Political Realignment and `Ethnocultural` Voting in Late Nineteenth Century America," JOURNAL OF SOCIAL HISTORY (March 1983) REF

"The `New Political History:`Some Statistical Questions Answered," SOCIAL SCIENCE HISTORY (with J. Morgan Kousser, August 1983) REF

"Personal Family History: A Bridge to the Past," PROLOGUE (Spring 1984)

"Geography as Destiny," REVIEWS IN AMERICAN HISTORY (September 1985)

"Civil Rights Law: High Court Decision on Voting Act Helps to Remove Minority Barriers," NATIONAL LAW JOURNAL (with Gerald Hebert, November 10, 1986).

"Tommy The Cork: The Secret World of Washington`s First Modern Lobbyist," WASHINGTON MONTHLY (February 1987).

"Discriminatory Election Systems and the Political Cohesion Doctrine," NATIONAL LAW JOURNAL (with Gerald Hebert, Oct. 5, 1987)

"Aggregate-Level Analysis of American Midterm Senatorial Election Results, 1974-1986," PROCEEDINGS OF THE NATIONAL ACADEMY OF SCIENCES (Dec. 1989, with Volodia Keilis-Borok) REF

"Black/White Voter Registration Disparities in Mississippi: Legal and Methodological Issues in Challenging Bureau of Census Data," JOURNAL OF LAW AND POLITICS (Spring, 1991, with Samuel Issacharoff) REF

"Adjusting Census Data for Reapportionment: The Independent Role of the States," NATIONAL BLACK LAW JOURNAL (1991)

"Passing the Test: Ecological Regression in the Los Angeles County Case and Beyond," EVALUATION REVIEW (December 1991) REF

Understanding and Prediction of Large Unstable Systems in the Absence of Basic Equations," PROCEEDINGS OF THE INTERNATIONAL SYMPOSIUM ON CONCEPTUAL TOOLS FOR UNDERSTANDING NATURE (with V. I. Keilis-Borok, Trieste, Italy, 1991).

"The Self-Organization of American Society in Presidential and Senatorial Elections," in Yu. Krautsov, ed., THE LIMITS OF PREDICTABILITY (with V.I. Keilis-Borok, Nauka, Moscow, 1992).

"'They Endured:' The Democratic Party in the 1920s," in Ira Foreman, ed., DEMOCRATS AND THE AMERICAN IDEA: A BICENTENNIAL APPRAISAL (1992).

"A General Theory of Vote Dilution," LA RAZA (with Gerald Hebert) 6 (1993). REF

"Adjusting Census Data for Reapportionment: The Independent Role of the States," JOURNAL OF LITIGATION (December 1993, with Samuel Issacharoff)

"The Keys to the White House: Who Will be the Next American President?," SOCIAL EDUCATION  60 (1996)

"The Rise of Big Government: Not As Simple As It Seems," REVIEWS IN AMERICAN HISTORY 26 (1998)

"The Keys to Election 2000," SOCIAL EDUCATION (Nov/Dec. 1999)

"The Keys to the White House 2000," NATIONAL FORUM (Winter 2000)

"Report on the Implications for Minority Voter Opportunities if Corrected census Data Had Been Used for the Post-1990 Redistricting: States With The Largest Numerical Undercount," UNITED STATES CENSUS MONITORING BOARD, January 2001

 "What Really Happened in Florida's 2000 Presidential Election," JOURNAL OF LEGAL STUDIES (January 2003) REF

"The Keys to Election 2004," SOCIAL EDUCATION (January 2004)

"History: Social Science Applications," ENCYCLOPEDIA OF SOCIAL MEASUREMENT (Elseveir, 2006)

"The Keys to the White House: Forecast for 2008," SPECIAL FEATURE, *FORESIGHT: THE INTERNATIONAL JOURNAL OF APPLIED FORECASTING* 3 (February 2006), 5-9 with response: J. Scott Armstrong and Alfred G. Cuzan, "Index Methods for Forecasting: An Application to the American Presidential Elections."

"The Keys to the White House: Updated Forecast for 2008," *FORESIGHT; THE INTERNATIONAL JOURNAL OF APPLIED FORECASTING* 7 (Fall 2007)

"The Keys to the White House: Prediction for 2008," SOCIAL EDUCATION (January 2008)

"The Keys to the White House: An Index Forecast for 2008," INTERNATIONAL JOURNAL OF FORECASTING 4 (April-June 2008) REF

"The Updated Version of the Keys," SOCIAL EDUCATION (October 2008)

"Extreme Events in Socio-Economic and Political Complex Systems, Predictability of,"
ENCYCLOPEDIA OF COMPLEXITY AND SYSTEMS SCIENCE (Springer, 2009, with
Vladimir Keilis-Borok & Alexandre Soloviev)

"The Keys to the White House:  A Preliminary Forecast for 2012" INTERNATIONAL
JOURNAL OF INFORMATION SYSTEMS & SOCIAL CHANGE (Jan.-March 2010)
REF

 "The Keys to the White House:  Forecast for 2012," FORESIGHT: THE INTERNATIONAL
JOURNAL OF APPLIED FORECASTING (Summer 2010)

"The Keys to the White House: Prediction for 2012," SOCIAL EDUCATION (March 2012)

 "The Alternative-Justification Affirmative: A New Case Form," JOURNAL OF THE
AMERICAN FORENSIC ASSOCIATION (with Charles Garvin and Jerome Corsi, Fall 1973)
REF

"The Alternative-Justification Case Revisited: A Critique of Goodnight, Balthrop and Parsons,
`The Substance of Inherency,`" JOURNAL OF THE AMERICAN FORENSIC ASSOCIATION
(with Jerome Corsi, Spring 1975) REF

"A General Theory of the Counterplan," JOURNAL OF THE AMERICAN FORENSIC
ASSOCIATION (with Daniel Rohrer, Fall 1975) REF

"The Logic of Policy Dispute," JOURNAL OF THE AMERICAN FORENSIC ASSOCIATION
(with Daniel Rohrer, Spring 1980) REF

"Policy Dispute and Paradigm Evaluation," JOURNAL OF THE AMERICAN FORENSIC
ASSOCIATION (with Daniel Rohrer, Fall 1982) REF

"New Paradigms For Academic Debate," JOURNAL OF THE AMERICAN FORENSIC
ASSOCIATION (Fall 1985) REF

"Competing Models of the Debate Process," JOURNAL OF THE AMERICAN FORENSIC
ASSOCIATION (Winter 1986) REF

"The Role of the Criteria Case in the Conceptual Framework of Academic Debate," in Donald
Terry, ed., MODERN DEBATE CASE TECHNIQUES (with Daniel Rohrer, 1970)

"Decision Rules for Policy Debate," and "Debate as a Comparison of Policy Systems," in Robert
2, ed., THE NEW DEBATE: READINGS IN CONTEMPORARY DEBATE THEORY (with
Daniel Rohrer, 1975)

"A Systems Approach to Presumption and Burden of Proof;" "The Role of Empirical Evidence in

Debate;" and "A General Theory of the Counterplan," in David Thomas, ed., ADVANCED
DEBATE: READINGS IN THEORY, PRACTICE, AND TEACHING (with Daniel Rohrer,
1975)

"Decision Rules in Policy Debate;" "The Debate Resolution;" "Affirmative Case Approaches;"
"A General Theory of the Counterplan;" "The Role of Empirical Evidence in Debate;" and
"Policy Systems Analysis in Debate," in David Thomas, ed., ADVANCED DEBATE (revised
edition, with Daniel Rohrer and Jerome Corsi, 1979)

C. Selected Popular Articles

"Presidency By The Book," POLITICS TODAY (November 1979) Reprinted:
LOS ANGELES TIMES

"The Grand Old Ploys," NEW YORK TIMES
Op Ed (July 18, 1980)

"The New Prohibitionism," THE CHRISTIAN CENTURY (October 29, 1980)

"Which Party Really Wants to `Get Government Off Our Backs`?" CHRISTIAN SCIENCE
MONITOR Opinion Page (December 2, 1980)

"Do Americans Really Want `Coolidge Prosperity` Again?" CHRISTIAN SCIENCE MONITOR
Opinion Page (August 19, 1981)

"Chipping Away at Civil Rights," CHRISTIAN SCIENCE MONITOR Opinion Page (February
17, 1982)

"How to Bet in 1984.  A Presidential Election Guide," WASHINGTONIAN MAGAZINE
(April 1982) Reprinted: THE CHICAGO TRIBUNE

"The Mirage of Efficiency," CHRISTIAN SCIENCE MONITOR Opinion Page (October 6,
1982)

"For RIFs, It Should Be RIP," LOS ANGELES TIMES Opinion Page (January 25, 1983)

"The Patronage Monster, Con`t." WASHINGTON POST Free For All Page (March 16, 1983)

"A Strong Rights Unit," NEW YORK TIMES Op Ed Page (June 19, 1983)

"Abusing the Public Till," LOS ANGELES TIMES Opinion Page (July 26, 1983)

The First Gender Gap," CHRISTIAN SCIENCE MONITOR Opinion Page (August 16, 1983)

"Is Reagan A Sure Thing?" FT. LAUDERDALE NEWS Outlook Section (February 5, 1984)

"The Keys to the American Presidency: Predicting the Next Election," TALENT (Summer 1984)

"GOP: Winning the Political Battle for `88," CHRISTIAN SCIENCE MONITOR, Opinion Page, (December 27, 1984)

"The Return of `Benign Neglect`," WASHINGTON POST, Free For All,
(May 25, 1985)

"Selma Revisited: A Quiet Revolution," CHRISTIAN SCIENCE MONITOR, Opinion Page,
(April 1, 1986)

"Democrats Take Over the Senate" THE WASHINGTONIAN (November 1986; article by Ken DeCell on Lichtman`s advance predictions that the Democrats would recapture the Senate in 1986)

"Welcome War?" THE BALTIMORE EVENING SUN, Opinion Page, (July 15, 1987)

"How to Bet in 1988," WASHINGTONIAN (May 1988; advance prediction of George Bush's 1988 victory)

"President Bill?," WASHINGTONIAN (October 1992; advance prediction of Bill Clinton's 1992 victory)

"Don't be Talked Out of Boldness," CHRISTIAN SCIENCE MONITOR, Opinion Page (with Jesse Jackson, November 9, 1992)

"Defending the Second Reconstruction," CHRISTIAN SCIENCE MONITOR, Opinion Page (April 8, 1994)

"Quotas Aren't The Issue," NEW YORK TIMES, Op Ed Page (December 7, 1994)

"History According to Newt," WASHINGTON MONTHLY (May, 1995)

"A Ballot on Democracy," WASHINGTON POST Op Ed (November 1, 1998)

"The Theory of Counting Heads vs. One, Two, Three," CHRISTIAN SCIENCE MONITOR Op

Ed (June 22, 1999)

"Race Was Big Factor in Ballot Rejection, BALTIMORE SUN Op Ed (March 5, 2002)

"Why is George Bush President?" NATIONAL CATHOLIC REPORTER (Dec. 19, 2003)

"In Plain Sight: With the Public Distracted, George W. Bush is Building a Big Government of

the Right," NEWSDAY, (August 7, 2005)

 "Why Obama is Colorblind and McCain is Ageless," JEWISH DAILY FORWARD (June 26, 2008)

"Splintered Conservatives McCain," POLITICO ( June 24, 2008)

"Will Obama be a Smith or a Kennedy," NATIONAL CATHOLIC REPOTER (October 17, 2008)

"What Obama Should Do Now," POLITICO ( Jan. 22, 2010)

Bi-weekly column, THE MONTGOMERY JOURNAL, GAZETTE 1990 - present

Election-year column, REUTERS NEWS SERVICE 1996 & 2000

D. Video Publication

"Great American Presidents," The Teaching Company, 2000.


**TEACHING**

Ongoing Courses

The History of the U. S. I & II, The Emergence of Modern America, The U. S. in the Twentieth Century, United States Economic History, Historiography, Major Seminar in History, Graduate Research Seminar, Colloquium in U. S. History Since 1865, The American Dream, The Urban-Technological Era, Senior Seminar in American Studies, Seminar in Human Communication.

New Courses: Taught for the first time at The American University

Quantification in History, Women in Twentieth Century American Politics, Women in Twentieth Century America, Historians and the Living Past (a course designed to introduce students to the excitement and relevance of historical study), **Historians and the Living Past for Honors Students**, How to Think: Critical Analysis in the Social Sciences, Pivotal Years of American Politics, **Government and the Citizen (Honors Program),** Introduction to Historical Quantification, Public Policy in U. S. History, **Honors Seminar in U.S. Presidential Elections**, America's Presidential Elections, What Is America?, **Honors Seminar on FDR, Jews, and the Holocaust.**

**TELEVISION APPEARANCES**

More than 1,000 instances of political commentary on NBC, CBS, ABC, CNN, C-SPAN, FOX, MSNBC, BBC, CBC, CTV, NPR, VOA, and numerous other broadcasting outlets internationally, including Japanese, Russian, Chinese, German, French, Irish, Austrian, Australian, Russian, Swedish, Danish, Dutch, and Middle Eastern television.

Regular political commentary for NBC News Nightside.

Regular political commentary for Voice of America and USIA.

Regular political commentary for America's Talking Cable Network.

Regular political commentary for the Canadian Broadcasting System.

Regular political commentary for CNN, Headline News

Consultant and on-air commentator for NBC special productions video project on the history of the American presidency.

CBS New Consultant, 1998 and 1999

Featured appearances on several History Channel specials including *The Nuclear Football* and *The President's Book of Secrets*.

**RADIO SHOWS**

I have participated in more than 2000 radio interview and talk shows broadcast nationwide, in foreign nations, and in cities such as Washington, D. C., New York, Atlanta, Chicago, Los Angeles and Detroit. My appearances include the Voice of America, National Public Radio, and well as all major commercial radio networks.

**PRESS CITATIONS**

I have been cited many hundreds of times on public affairs in the leading newspapers and magazines worldwide. These include, among many others,

*New York Times, Washington Post, USA Today, Los Angeles Times, Wall Street Journal, Miami Herald, Washington Times, St. Louis Post Dispatch, Christian Science Monitor, Philadelphia Inquirer, Time, Newsweek, Business Week, Le Monde, Globe and Mail, Yomuiri Shimbun, Die Welt, El Mundo, and South China Post,* among others.

**SELECTED CONFERENCES, PRESENTATIONS, & LECTURES: UNITED STATES**

Invited participant and speaker, Bostick Conference on Fogel and Engerman`s TIME ON THE CROSS, University of South Carolina, November 1-2, 1974

"Critical Election Theory and the Presidential Election of 1928," Annual Meeting of the American Historical Association, December 1974

"A Psychological Model of American Nativism," Bloomsberg State Historical Conference, April 1975

"Methodology for Aggregating Data in Education Research," National Institute of Education, Symposium on Methodology, July 1975, with Laura Irwin

Featured Speaker, The Joint Washington State Bicentennial Conference on Family History, October 1975

Featured Speaker, The Santa Barbara Conference on Family History, May 1976

Chair, The Smithsonian Institution and the American University Conference on Techniques for Studying Historical and Contemporary Families, June 1976

Panel Chair, Sixth International Smithsonian Symposium on Kin and Communities in America, June 1977

"The uses of History for Policy Analysis," invited lecture, Federal Interagency Panel on Early Childhood Research, October 1977

Invited participant, Conference on "Child Development within the Family - Evolving New Research Approaches," Interagency Panel of the Federal Government for Research and Development on Adolescence, June 1978

Commentator on papers in argumentation, Annual Meeting of the Speech Communication Association, November 1978

Commentator on papers on family policy, Annual Meeting of the American Association for the Advancement of Science, Jan. 1979

"Phenomenology, History, and Social Science," Graduate Colloquium of the Department of Philosophy," The American University, March 1979

"Comparing Tests for Aggregation Bias: Party Realignments of the 1930`s," Annual Meeting of the Midwest Political Science Association March 1979, with Laura Irwin Langbein

"Party Loyalty and Progressive Politics: Quantitative Analysis of the Vote for President in

1912," Annual Meeting of the Organization of American Historians, April 1979, with Jack Lord II

"Policy Systems Debate: A Reaffirmation," Annual Meeting of the Speech Communication Association, November 1979

"Personal Family History: Toward a Unified Approach," Invited Paper, World Conference on Records, Salt Lake City, August 1980

"Crisis at the Archives: The Acquisition, Preservation, and Dissemination of Public Documents," Annual Meeting of the Speech Communication Association, November 1980

"Recruitment, Conversion, and Political Realignment in America: 1888- 1940," Social Science Seminar, California Institute of Technology, April 1980

"Toward a Situational Logic of American Presidential Elections," Annual Meeting of the Speech Communication Association, November 1981

"Political Realignment in American History," Annual Meeting of the Social Science History Association, October 1981

"Critical Elections in Historical Perspective: the 1890s and the 1930s," Annual Meeting of the Social Science History Association, November 1982

Commentator for Papers on the use of Census data for historical research, Annual Meeting of the Organization of American Historians, April 1983

"Thirteen Keys to the Presidency: How to Predict the Next Election," Featured Presentation, Annual Conference of the International Platform Association, August 1983, Received a Top Speaker Award

"Paradigms for Academic Debate," Annual Meeting of the Speech Communication Association, November 1983

Local Arrangements Chair, Annual Convention of the Social Science History Association, October 1983

"Forecasting the Next Election," Featured Speaker, Annual Convention of the American Feed Manufacturers Association, May 1984

Featured Speaker, "The Ferraro Nomination," Annual Convention of The International Platform Association, August 1984, Top Speaker Award

"Forecasting the 1984 Election," Annual Convention of the Social Science History Association Oct. 1984,

Featured Speaker, "The Keys to the Presidency," Meeting of Women in Government Relations October 1984

Featured Speaker, "The Presidential Election of 1988," Convention of the American Association of Political Consultants, December 1986

Featured Speaker, "The Presidential Election of 1988," Convention of the Senior Executive Service of the United States, July 1987

Commentary on Papers on Voting Rights, Annual Meeting of the American Political Science Association, September 1987.

Commentary on Papers on Ecological Inference, Annual Meeting of the Social Science History Association, November 1987.

Featured Speaker: "Expert Witnesses in Federal Voting Rights Cases," National Conference on Voting Rights, November 1987.

Featured Speaker: "The Quantitative Analysis of Electoral Data," NAACP National Conference on Voting Rights and School Desegregation, July 1988.

Panel Chair, "Quantitative Analysis of the New Deal Realignment," Annual Meeting of the Social Science History Association, Nov. 1989.

Keynote Speaker, Convocation of Lake Forest College, Nov. 1989.

Featured Speaker, The American University-Smithsonian Institution Conference on the Voting Rights Act, April 1990

Panel Speaker, Voting Rights Conference of the Lawyer's Committee for Civil Rights Under Law, April 1990

Panel Speaker, Voting Rights Conference of the NAACP, July 1990

Panel Speaker, Voting Rights Conference of Stetson University, April 1991

Panel Chair, Annual Meeting of the Organization of American Historians, April, 1992

Panel Speaker, Symposium on "Lessons from 200 Years of Democratic Party History, Center for National Policy, May 1992

Olin Memorial Lecture, U.S. Naval Academy, October 1992

Commentator, Annual Meeting of the Organization of American Historians, April, 1993

Panel presentation, Conference on Indian Law, National Bar Association, April 1993

Feature Presentation, Black Political Science Association, Norfolk State University, June 1993

Feature Presentation, Southern Regional Council Conference, Atlanta Georgia, November, 1994

Master of Ceremonies and Speaker, State of the County Brunch, Montgomery County, February, 1996

Feature Presentation, Predicting The Next Presidential Election, Freedom's Foundation Seminar on the American Presidency, August 1996

Feature Presentation, Predicting The Next Presidential Election, Salisbury State College, October 1996

Feature Presentation on the Keys to the White House, Dirksen Center, Peoria, Illinois, August, 2000

Feature Presentation on American Political History, Regional Conference of the Organization of American Historians, August 2000

Testimony Presented Before the United States Commission on Civil Rights Regarding Voting Systems and Voting Rights, January 2001

Testimony Presented Before the United States House of Representatives, Judiciary Committee, Subcommittee on the Constitution, February 2001

Testimony Presented Before the United States Senate, Government Operations Committee, Regarding Racial Differentials in Ballot Rejection Rates in the Florida Presidential Election, June 2001

Testimony Presented Before the Texas State Senate Redistricting Committee, Congressional Redistricting, July 2003

Testimony Presented Before the Texas State House Redistricting Committee, Congressional Redistricting, July 2003

American University Honors Program Tea Talk on the Election, September 2004

Feature Presentation, The Keys to the White House, International Symposium on Forecasting, June 2006.

Feature Presentation, The Keys to the White House, International Symposium on Forecasting,

New York, June 2007.

Keynote Speaker, Hubert Humphrey Fellows, Arlington, Virginia, 2007-2008

Feature Presentation, Forecasting 2008, Annual Meeting of the American Political Science Association, Chicago, August 2007

Keynote Speaker, International Forecasting Summit, Orlando, Florida, February 2008.

Feature Presentation on the Keys to the White House, Senior Executive's Service, Washington, DC, June 2008

Feature Presentation, American Political History, Rockford Illinois School District, July 2008

American University Honors Program Tea Talk on the Election, September 2008

Featured Lecture, Keys to the White House, American Association for the Advancement of Science, Washington, DC, September 2008

Keynote Speaker, International Forecasting Summit, Boston, September 2008

Keynote Lecture, Hubert Humphrey Fellows, Arlington, Virginia October 2008

Featured Lectures, Keys to the White, Oklahoma Central and East Central Universities, October 2008

Bishop C. C. McCabe Lecture, "Seven Days until Tomorrow" American University, October 28, 2008

Featured Lecture, WHITE PROTESTANT NATION, Eisenhower Institute, December 2008

American University Faculty on the Road Lecture, **"Election 2008: What Happened and Why?" Boston, February 2009**

Critic Meets Author Session on WHITE PROTESTANT NATION, Social Science History Association, November 2009

American University Faculty on the Road Lecture, **"The Keys for 2012" Chicago, April 2010**

Keynote Speaker, Hubert Humphrey Fellows, Arlington, Virginia October, 2010, 2011

Panel Participant, Search for Common Ground, Washington, DC, April 2011

Presentation, The Keys to the White House, International Symposium on Forecasting, June 2012

**SELECTED CONFERENCES, PRESENTATIONS, & LECTURES: INTERNATIONAL**

Featured Speaker, World Conference on Disarmament, Moscow, Russia, November 1986

Delegation Head, Delegation of Washington Area Scholars to Taiwan, Presented Paper on the promotion of democracy based on the American experience, July 1993

Lecture Series, American History, Doshisha University, Kyoto, Japan, December 2000

Lectures and Political Consultation, Nairobi, Kenya, for RFK Memorial Institute, October 2002

Featured Lectures, US Department of State, Scotland and England, including Oxford University, University of Edinburg, and Chatham House, June 2004

Keynote Speech, American University in Cairo, October 2004

Feature Presentation on the Keys to the White House, University of Munich, June 2008

Featured Lectures, US Department of State, Russia, Ukraine, Slovenia, Austria, and Romania, 2008-2010

Paper Presentation, Fourth International Conference on Interdisciplinary Social Science, Athens, Greece, July 2009

Featured Lectures, US Department of State, India and Korea, 2012

**DEPARTMENTAL AND UNIVERSITY SERVICE**

Department of History Council 1973 -

Undergraduate Committee, Department of History 1973-1977

Chair Undergraduate Committee, Department of History 1984-1985

Graduate Committee, Department of History, 1978-1984

Freshman Advisor, 1973-1979

First Year Module in Human Communications, 1977-1979

University Committee on Fellowships and Awards 1976-1978

University Senate 1978-1979, 1984-1985

University Senate Parliamentarian and Executive Board 1978-1979

Founding Director, American University Honors Program, 1977-1979

Chair, College of Arts and Sciences Budget Committee 1977-1978, 1982-1984

University Grievance Committee, 1984-1985

Member, University Honors Committee 1981-1982

College of Arts and Sciences Curriculum Committee 1981-1982

Jewish Studies Advisory Board, 1982-1984

Mellon Grant Executive Board, College of Arts & Sciences, 1982-1983

Chair, College of Arts and Sciences Faculty Colloquium, 1983

Chair, College of Arts and Sciences Task Force on the Department
of Performing Arts, 1984-1985

Local Arrangements Chair, National Convention of the Social
Science History Association, 1983

Chair, Rank & Tenure Committee of the Department of History,
1981-1982, 1984-1985

Board Member, Center for Congressional and Presidential Studies, The American University,
1988-1989

Chair, Graduate Committee, Department of History, 1989 - 1991

Chair, Distinguished Professor Search Committee 1991

Member, College of Arts & Sciences Associate Dean Search Committee, 1991

Board Member, The American University Press, 1991-1995

Chair, Subcommittee on Demographic Change, The American University Committee on Middle
States Accreditation Review 1992-1994

Member, Dean's Committee on Curriculum Change, College of Arts and Sciences 1992-1993

70

Member, Dean's Committee on Teaching, College of Arts and Sciences 1992

Co-Chair, Department of History Graduate Committee, 1994-1995

Vice-Chair, College of Arts & Sciences Educational Policy Committee, 1994-1995

Elected Member, University Provost Search Committee, 1995-1996

Chair, Search Committee for British and European Historian, Department of History, 1996

Department Chair, 1999-2001

CAS Research Committee, 2006-2007

University Budget and Benefits Committee, 2008

Chair, Personnel Committee, Department of History, 2010-

Chair, Term Faculty Search Committee, Department of History, 2011-

**OTHER POSITIONS**

Director of Forensics, Brandeis University, 1968-71

Director of Forensics, Harvard University, 1971-72

Chair, New York-New England Debate Committee, 1970-71

Historical consultant to the Kin and Communities Program of the Smithsonian Institution 1974-1979

Along with general advisory duties, this position has involved the following activities:

    1.  directing a national conference on techniques for studying historical and contemporary families held at the Smithsonian in June 1976.
    2. chairing a public session at the Smithsonian on how to do the history of one's own family.
    3. helping to direct the Sixth International Smithsonian Symposium on Kin and Communities in America (June 1977).
    4. editing the volume of essays from the symposium.

Consultant to John Anderson campaign for president, 1980.

I researched and wrote a study on "Restrictive Ballot Laws and Third-Force Presidential Candidates." This document was a major component of Anderson's legal arguments against

restrictive ballot laws that ultimately prevailed in the Supreme Court (<u>Anderson v. Celebreeze</u> 1983).  According to Anderson's attorney: "the basis for the majority's decision echoes the themes you incorporated in your original historical piece we filed in the District Court."

Statistical Consultant to the George Washington University Program of Policy Studies in Science and Technology, 1983

I advised researchers at the Policy Studies Program on the application of pattern recognition techniques to their work on the recovery of communities from the effects of such natural disasters as earthquakes and floods.

Consultant to the New York City Charter Revision Commission, 2000-2006

I analyzed the implications of non-partisan elections for voting rights issues for the Charter Revision Commissions appointed by mayors Rudy Giuliani and Michael Bloomberg.

**ALLAN J. LICHTMAN, CASES (DATES APPROXIMATE)**
**DEPOSITION, AFFIDAVIT, OR ORAL TESTIMONY**

NAACP v. North Carolina (State Superior Court) 2013

Texas v. United States (Voter ID) (U. S. District Court, District of Columbia) 2012

Texas v. United States (Redistricting) (U. S. District Court, District of Columbia) 2012

Coalition for Equity and Excellence in Higher Education v. Maryland Higher Education
Committee, et al. (U. S. District Court, Maryland) 2012

Radogno, et al. v. Illinois State Board of Elections, et al. (U.S. District Court, Illinois) 2011

Committee for a Fair and Balanced Map, et al. v. Illinois State Board of Elections, et al. (U.S.
District Court, Illinois) 2011

Perez, et al. v. Perry, et al. (U. S. District Court, Texas) 2011

United States vs. Demario James Atwater (U. S. District Court, North Carolina) 2010

Boddie v. Cleveland School Board, Mississippi (U.S. District Court, Mississippi) 2010

Esther V. Madera Unified School District (Superior Court, California) 2008

Negron v. Bethlehem Area School District (U.S. District Court, Pennsylvania) 2008

Farley v. City of Hattiesburg (U.S. District Court, Mississippi) 2008

Jamison v. City of Tupelo (U.S. District Court, Mississippi) 2005

Session v. Perry (U.S. District Court, Texas) 2003

Rodriguez v. Pataki (U.S. District Court, New York) 2003

Boddie v. Cleveland, Mississippi (U.S. District Court, Mississippi) 2003

Levy v. Miami-Dade County (U.S. District Court, Florida) 2002

Martinez v. Bush (U.S. District Court, Florida) 2002

Curry v. Glendening (Maryland, State Court) 2002

O'Lear v. Miller (U.S. District Court, Michigan) 2002

Campuzano v. Illinois Board of Election (U.S. District Court, Illinois) 2002

Vieth v. Commonwealth of Pennsylvania (U.S. District Court, Pennsylvania) 2002

Leroux v. Miller (Michigan, State Supreme Court) 2002

Balderas v. State of Texas (U.S. District Court, Texas) 2001

Del Rio v. Perry (Texas, State Court) 2001

Page V. Bartels (U.S. District Court, New Jersey) 2001

West v. Gilmore (Virginia, State Court), 2001

U.S. v. City of Santa Paula (California, U.S. District Court) 2001

NAACP v. Fordice (Mississippi, U.S. District Court) 2000

Voting Integrity Project v. Marc Fleisher (Arizona, U.S. District Court) 2000

Packingham v. Metropolitan Dade County (U.S. District Court, Florida) 1999

Houston v. Lafayette County (U.S. District Court, Northern District of Mississippi, Western District) 1991, 1998

Citizens to Establish a Reform Party in Arkansas v. Sharon Priest (U.S. District Court, Eastern District of Arkansas) 1996

National Coalition v. Glendening (U.S. District Court, Maryland) 1996

Vecinos de Barrio Uno v. Holyoke (U.S. District Court, Massachusetts), 1996

Scott v. Florida Senate (U.S. District Court, Middle District of Florida) 1995

King v. Board of Elections (U.S. District Court, Northern District of Illinois) 1995

Vera v. Richards (U.S. District Court, Southern District of Texas) 1994

United States v. Jones (U.S. District Court, Southern District of Alabama) 1994

Johnson v. Miller (U.S. District Court, Southern District of Georgia, Augusta Division) 1994

Hays v. Louisiana (U.S. District Court, Western District of Louisiana, Shreveport Division) 1993

People Who Care v. Rockford Board of Education (U.S. District Court, Northern District of Illinois, Eastern Division) 1993

Republican Party of North Carolina v. Hunt (U.S. District Court, Eastern District of North Carolina, Raleigh District) 1993

Shaw v. Hunt (U.S. District Court, Eastern District of North Carolina, Raleigh District) 1993

Neff v. Austin (State of Michigan, Supreme Court) 1992

Terrazas v. Slagle (U.S. District Court, Western District of Texas, Austin Division) 1992

Gonzalez v. Monterey County (U.S. District Court, Northern District of California) 1992

DeGrandy v. Wetherell (U.S. District Court, Northern District of Florida, Tallahassee Division) 1992

NAACP v. Austin (U.S. District Court, Eastern District of Michigan, Eastern Division) 1992

Good v. Austin (U.S. District Court, Eastern District of Michigan, Southern Division) 1992

Ortiz v. City of Philadelphia (U.S. District Court, Eastern District of Pennsylvania) 1991-1993

FAIR v. Weprin (U.S. District Court, Northern District, of New York) 1992

Davis v. Chiles (U.S. District Court, Northern District of Florida) 1991

McDaniels v. Mehfoud (U.S. District Court, Eastern District of Virginia) 1991

Rollins v. Dallas County Commission (U.S. District Court, Southern District of Alabama) 1991-1992

Ward v. Columbus County (U.S. District Court, Eastern District of North Carolina) 1991

Republican Party State Committee v. Michael J. Connolly (U.S. District Court, Massachusetts) 1991

Jenkins v. Red Clay Consolidated School District (U.S. District Court, District of Delaware) 1991

Watkins v. Mabus (U.S. District Court, Southern District of Mississippi) 1991

Mena v. Richards (Hidalgo County Texas District Court) 1991

Republican Party of Virginia v. Wilder (U.S. District Court, Western District of Virginia) 1991

Nipper v. Chiles (U.S. District Court, Middle District of Florida) 1991-1994

Smith v. Board of Superivsors of Brunswick County (U.S. District Court, Eastern District of Virginia) 1991-1992

New Alliance Party v. Hand (U.S. District Court, Alabama) 1990

Concerned Citizens v. Hardee County (U.S. District Court, Florida) 1990

United Parents Association v. NYC Board of Elections (U.S. District Court, New York) 1990

Garza v. County of Los Angeles (U.S. District Court, California) 1990

Person v. Moore County (U.S. District Court, Middle District of North Carolina, Rockingham Division) 1989

Ewing v. Monroe County (U.S. District Court, Northern District of Mississippi) 1989

White v. Daniel (U.S. District Court, Eastern District of Virginia) 1989

Gunn v. Chickasaw County (U.S. District Court, Mississippi) 1989

SCLC v. State of Alabama (U.S. District Court, Middle District of Alabama, Northern Division) 1989-1995

Bradford County NAACP v. City of Starke (U.S. District Court, Middle District of Florida) 1988

PUSH v. Allain (U.S. District Court, Mississippi) 1988

Baltimore Neighborhoods, Inc. v. C.F. Sauers (U.S. District Court, Maryland) 1988

United States v. Wicomico County (U.S. District Court, Maryland) 1988

Metropolitan Pittsburgh Crusade v. City of Pittsburgh (U.S. District Court, Western District of Pennsylvania) 1987

McNeil v. City of Springfield (U.S. District Court, Central District of Illinois) 1987

Harper v. City of Chicago Heights (U.S. District Court, Northern District of Illinois) 1987-1993

Robinson v. City of Cleveland (U.S. District Court, Delta District of Mississippi) 1987

Martin v. Allain (U.S. District Court, Southern District of Mississippi) 1987

Smith v. Clinton (U.S. District Court, Eastern District of Arkansas) 1987

<u>Burrell v. Allain</u> (U.S. District Court, Southern District, of Mississippi) 1986

<u>United States v. Dallas County</u> (U.S. District Court, Southern District of Alabama) 1986

<u>United States v. Marengo County</u> (U.S. District Court, Southern District of Alabama) 1986

<u>Jordan v. City of Greenwood</u> (U.S. District Court, Mississippi) 1984

<u>Johnson v. Halifax County</u> (U.S. District Court, Eastern District of North Carolina) 1984

<u>Anderson v. Celebreeze</u> (U.S. District Court, Ohio) 1980

**Appendix VI: Attached Illustrative Districts**



Plan:                               6 Jefferson County House v2
Plan Type:

Administrator:
User:

# District Statistics Report

Tuesday, April 30, 2013                                                                                          9:15 PM

## District 15

**Population Statistics**

| | | | |
|---|---|---|---|
| Ideal Population: | 45,521 | Absolute Deviation: | -2,245 |
| Actual Population: | 43,276 | Relative Deviation: | -4.93 % |

**Total Population**

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 35,820 | 6,225 | 796 | 102 | 348 | 82.77 | 14.38 | 1.84 | 0.24 | 0.80 |

**[18+_Pop]**

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 27,759 | 4,007 | 453 | 77 | 244 | 85.46 | 12.34 | 1.39 | 0.24 | 0.75 |

**District 15 Counties** (* indicates the county is not entirely within the district.)

Jefferson AL*

## District 44

**Population Statistics**

| | | | |
|---|---|---|---|
| Ideal Population: | 45,521 | Absolute Deviation: | 1,143 |
| Actual Population: | 46,664 | Relative Deviation: | 2.51 % |

| Plan: | 6 Jefferson County House v2 | Administrator: | |
|-------|-----------------------------|----------------|--|
| Type: | | User: | |

## District 44 (continued)

**Total Population**

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|-------|-------|-------------------|----------|-------|--------|--------|--------------------|-----------|---------|
| 39,903 | 4,008 | 2,231 | 106 | 814 | 85.51 | 8.59 | 4.78 | 0.23 | 1.74 |

**[18+_Pop]**

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|-------|-------|-------------------|----------|-------|--------|--------|--------------------|-----------|---------|
| 30,572 | 2,918 | 1,424 | 70 | 620 | 86.67 | 8.27 | 4.04 | 0.20 | 1.76 |

**District 44 Counties (\* indicates the county is not entirely within the district.)**

Jefferson AL\*

## District 45

**Population Statistics**

| Ideal Population: | 45,521 | Absolute Deviation: | -2,274 |
|-------------------|--------|---------------------|--------|
| Actual Population: | 43,247 | Relative Deviation: | -5.00 % |

**Total Population**

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|-------|-------|-------------------|----------|-------|--------|--------|--------------------|-----------|---------|
| 40,480 | 1,246 | 861 | 69 | 834 | 93.60 | 2.88 | 1.99 | 0.16 | 1.93 |

**[18+_Pop]**

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|-------|-------|-------------------|----------|-------|--------|--------|--------------------|-----------|---------|
| 31,586 | 956 | 579 | 53 | 623 | 94.06 | 2.85 | 1.72 | 0.16 | 1.86 |

**District 45 Counties (\* indicates the county is not entirely within the district.)**

Jefferson AL\*

## District 46

**Population Statistics**

| Ideal Population: | 45,521 | Absolute Deviation: | -2,267 |
|-------------------|--------|---------------------|--------|
| Actual Population: | 43,254 | Relative Deviation: | -4.98 % |

| Plan: | 6 Jefferson County House v2 | Administrator: | |
|---|---|---|---|
| Type: | | User: | |

## District 46 (continued)

### Total Population

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 34,979 | 5,580 | 952 | 79 | 1,684 | 80.87 | 12.90 | 2.20 | 0.18 | 3.89 |

### [18+_Pop]

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 26,927 | 3,850 | 637 | 67 | 1,192 | 82.72 | 11.83 | 1.96 | 0.21 | 3.66 |

**District 46 Counties (* indicates the county is not entirely within the district.)**

Jefferson AL*

## District 47

### Population Statistics

| | | | | |
|---|---|---|---|---|
| Ideal Population: | 45,521 | | Absolute Deviation: | -2,265 |
| Actual Population: | 43,256 | | Relative Deviation: | -4.98 % |

### Total Population

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 28,749 | 9,011 | 4,255 | 171 | 2,109 | 66.46 | 20.83 | 9.84 | 0.40 | 4.88 |

### [18+_Pop]

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 23,234 | 6,071 | 2,976 | 116 | 1,524 | 70.15 | 18.33 | 8.99 | 0.35 | 4.60 |

**District 47 Counties (* indicates the county is not entirely within the district.)**

Jefferson AL*

## District 51

### Population Statistics

| | | | | |
|---|---|---|---|---|
| Ideal Population: | 45,521 | | Absolute Deviation: | -2,091 |
| Actual Population: | 43,430 | | Relative Deviation: | -4.59 % |

| Plan: | 6 Jefferson County House v2 | | Administrator: | |
|---|---|---|---|---|
| Type: | | | User: | |

## District 51 (continued)

### Total Population

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 37,727 | 4,611 | 790 | 183 | 110 | 86.87 | 10.62 | 1.82 | 0.42 | 0.25 |

### [18+_Pop]

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 29,313 | 3,164 | 446 | 136 | 85 | 88.41 | 9.54 | 1.35 | 0.41 | 0.26 |

**District 51 Counties (* indicates the county is not entirely within the district.)**

Jefferson AL*

## District 52

**Population Statistics**

| Ideal Population: | 45,521 | Absolute Deviation: | -788 |
|---|---|---|---|
| Actual Population: | 44,733 | Relative Deviation: | -1.73 % |

### Total Population

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 13,130 | 28,052 | 3,084 | 112 | 1,002 | 29.35 | 62.71 | 6.89 | 0.25 | 2.24 |

### [18+_Pop]

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 10,834 | 21,208 | 2,243 | 85 | 804 | 31.26 | 61.20 | 6.47 | 0.25 | 2.32 |

**District 52 Counties (* indicates the county is not entirely within the district.)**

Jefferson AL*

## District 53

**Population Statistics**

| Ideal Population: | 45,521 | Absolute Deviation: | -2,268 |
|---|---|---|---|
| Actual Population: | 43,253 | Relative Deviation: | -4.98 % |

| Plan: | 6 Jefferson County House v2 | | Administrator: | | |
|---|---|---|---|---|---|
| Type: | | | User: | | |

## District 53 (continued)

**Total Population**

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 14,176 | 26,226 | 2,223 | 127 | 999 | 32.77 | 60.63 | 5.14 | 0.29 | 2.31 |

**[18+_Pop]**

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 13,361 | 20,932 | 1,703 | 120 | 948 | 36.44 | 57.09 | 4.64 | 0.33 | 2.59 |

**District 53 Counties (\* indicates the county is not entirely within the district.)**

Jefferson AL\*

## District 54

**Population Statistics**

| Ideal Population: | 45,521 | Absolute Deviation: | 381 |
|---|---|---|---|
| Actual Population: | 45,902 | Relative Deviation: | 0.84 % |

**Total Population**

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 16,415 | 27,614 | 1,585 | 107 | 321 | 35.76 | 60.16 | 3.45 | 0.23 | 0.70 |

**[18+_Pop]**

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 14,514 | 19,936 | 1,068 | 93 | 271 | 40.64 | 55.82 | 2.99 | 0.26 | 0.76 |

**District 54 Counties (\* indicates the county is not entirely within the district.)**

Jefferson AL\*

## District 55

**Population Statistics**

| Ideal Population: | 45,521 | Absolute Deviation: | -2,271 |
|---|---|---|---|
| Actual Population: | 43,250 | Relative Deviation: | -4.99 % |

| Plan: | 6 Jefferson County House v2 | | Administrator: | | |
|---|---|---|---|---|---|
| Type: | | | User: | | |

## District 55 (continued)

### Total Population

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 15,676 | 26,800 | 573 | 114 | 57 | 36.25 | 61.97 | 1.32 | 0.26 | 0.13 |

### [18+_Pop]

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 12,626 | 20,009 | 366 | 95 | 43 | 38.10 | 60.37 | 1.10 | 0.29 | 0.13 |

**District 55 Counties (* indicates the county is not entirely within the district.)**

Jefferson AL*

## District 56

### Population Statistics

| Ideal Population: | 45,521 | Absolute Deviation: | -2,265 |
|---|---|---|---|
| Actual Population: | 43,256 | Relative Deviation: | -4.98 % |

### Total Population

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 12,746 | 28,091 | 2,253 | 174 | 180 | 29.47 | 64.94 | 5.21 | 0.40 | 0.42 |

### [18+_Pop]

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 10,470 | 20,378 | 1,403 | 132 | 137 | 32.34 | 62.94 | 4.33 | 0.41 | 0.42 |

**District 56 Counties (* indicates the county is not entirely within the district.)**

Jefferson AL*

## District 57

### Population Statistics

| Ideal Population: | 45,521 | Absolute Deviation: | -2,270 |
|---|---|---|---|
| Actual Population: | 43,251 | Relative Deviation: | -4.99 % |

| Plan: | 6 Jefferson County House v2 | | Administrator: | |
|---|---|---|---|---|
| Type: | | | User: | |

## District 57 (continued)

### Total Population

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 16,159 | 26,217 | 609 | 83 | 95 | 37.36 | 60.62 | 1.41 | 0.19 | 0.22 |

### [18+_Pop]

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 13,420 | 19,225 | 393 | 60 | 73 | 40.45 | 57.95 | 1.18 | 0.18 | 0.22 |

**District 57 Counties (* indicates the county is not entirely within the district.)**

Jefferson AL*

## District 58

### Population Statistics

| Ideal Population: | 45,521 | Absolute Deviation: | -502 |
|---|---|---|---|
| Actual Population: | 45,019 | Relative Deviation: | -1.10 % |

### Total Population

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 13,864 | 29,281 | 1,643 | 97 | 237 | 30.80 | 65.04 | 3.65 | 0.22 | 0.53 |

### [18+_Pop]

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 12,000 | 19,146 | 1,091 | 69 | 180 | 37.16 | 59.29 | 3.38 | 0.21 | 0.56 |

**District 58 Counties (* indicates the county is not entirely within the district.)**

Jefferson AL*

## District 59

### Population Statistics

| Ideal Population: | 45,521 | Absolute Deviation: | -2,169 |
|---|---|---|---|
| Actual Population: | 43,352 | Relative Deviation: | -4.76 % |

| Plan: | 6 Jefferson County House v2 | | | Administrator: | | | | | |
| Type: | | | | User: | | | | | |

## District 59 (continued)

### Total Population

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 13,948 | 27,089 | 2,468 | 126 | 138 | 32.17 | 62.49 | 5.69 | 0.29 | 0.32 |

### [18+_Pop]

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 11,717 | 18,982 | 1,542 | 97 | 112 | 36.46 | 59.07 | 4.80 | 0.30 | 0.35 |

**District 59 Counties (\* indicates the county is not entirely within the district.)**

Jefferson AL\*

## District 60

### Population Statistics

| Ideal Population: | 45,521 | Absolute Deviation: | -2,198 |
|---|---|---|---|
| Actual Population: | 43,323 | Relative Deviation: | -4.83 % |

### Total Population

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 15,394 | 26,474 | 1,165 | 90 | 230 | 35.53 | 61.11 | 2.69 | 0.21 | 0.53 |

### [18+_Pop]

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 12,666 | 20,028 | 766 | 74 | 186 | 37.68 | 59.58 | 2.28 | 0.22 | 0.55 |

**District 60 Counties (\* indicates the county is not entirely within the district.)**

Jefferson AL\*



Plan:                          Madison County Senate v1
Plan Type:

Administrator:
User:

# District Statistics Report

Wednesday, May 1, 2013                                                                                      6:10 PM

---

**District 7**

**Population Statistics**

| Ideal Population: | 136,564 | Absolute Deviation: | -6,767 |
| Actual Population: | 129,797 | Relative Deviation: | -4.96 % |

**Total Population**

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 54,543 | 62,765 | 9,725 | 786 | 2,822 | 42.02 | 48.36 | 7.49 | 0.61 | 2.17 |

**[18+_Pop]**

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 45,438 | 46,718 | 6,551 | 595 | 2,292 | 45.18 | 46.45 | 6.51 | 0.59 | 2.28 |

**District 7 Counties** (* indicates the county is not entirely within the district.)

Madison AL*



Plan:                              MCH 1pct v1
Plan Type:


Administrator:
User:

# District Statistics Report

Monday, June 24, 2013                                                                                    6:53 PM

## District 73

**Population Statistics**

| | | | | |
|---|---|---|---|---|
| Ideal Population: | 45,521 | | Absolute Deviation: | 438 |
| Actual Population: | 45,959 | | Relative Deviation: | 0.96 % |

**Total Population**

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 18,606 | 25,286 | 1,263 | 96 | 669 | 40.48 | 55.02 | 2.75 | 0.21 | 1.46 |

**[18+_Pop]**

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 15,631 | 17,951 | 830 | 72 | 515 | 44.71 | 51.35 | 2.37 | 0.21 | 1.47 |

**District 73 Counties** (* indicates the county is not entirely within the district.)

Montgomery AL*

## District 75

**Population Statistics**

| | | | | |
|---|---|---|---|---|
| Ideal Population: | 45,521 | | Absolute Deviation: | 329 |
| Actual Population: | 45,850 | | Relative Deviation: | 0.72 % |

| Plan: | MCH 1pct v1 | | Administrator: | | |
|---|---|---|---|---|---|
| Type: | | | User: | | |

## District 75 (continued)

### Total Population

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 32,314 | 9,626 | 1,931 | 131 | 1,950 | 70.48 | 20.99 | 4.21 | 0.29 | 4.25 |

### [18+_Pop]

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 26,602 | 7,153 | 1,282 | 100 | 1,405 | 73.08 | 19.65 | 3.52 | 0.27 | 3.86 |

**District 75 Counties** (* indicates the county is not entirely within the district.)

Montgomery AL*

## District 76

### Population Statistics

| Ideal Population: | 45,521 | Absolute Deviation: | 271 |
|---|---|---|---|
| Actual Population: | 45,792 | Relative Deviation: | 0.60 % |

### Total Population

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 14,205 | 30,128 | 1,197 | 126 | 143 | 31.02 | 65.79 | 2.61 | 0.28 | 0.31 |

### [18+_Pop]

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 11,740 | 22,481 | 838 | 92 | 106 | 33.39 | 63.94 | 2.38 | 0.26 | 0.30 |

**District 76 Counties** (* indicates the county is not entirely within the district.)

Montgomery AL*

## District 77

### Population Statistics

| Ideal Population: | 45,521 | Absolute Deviation: | 425 |
|---|---|---|---|
| Actual Population: | 45,946 | Relative Deviation: | 0.93 % |

| Plan: | MCH 1pct v1 | Administrator: | |
| Type: | | User: | |

## District 77 (continued)

**Total Population**

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 13,272 | 30,513 | 1,702 | 128 | 590 | 28.89 | 66.41 | 3.70 | 0.28 | 1.28 |

**[18+_Pop]**

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 10,954 | 22,076 | 1,159 | 103 | 461 | 31.80 | 64.09 | 3.36 | 0.30 | 1.34 |

**District 77 Counties** (* indicates the county is not entirely within the district.)

Montgomery AL*

## District 78

**Population Statistics**

| Ideal Population: | 45,521 | Absolute Deviation: | 295 |
| Actual Population: | 45,816 | Relative Deviation: | 0.65 % |

**Total Population**

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 12,259 | 29,924 | 2,221 | 108 | 1,469 | 26.76 | 65.31 | 4.85 | 0.24 | 3.21 |

**[18+_Pop]**

| White | Black | [Hispanic Origin] | AmIndian | Asian | %White | %Black | %[Hispanic Origin] | % AmIndian | % Asian |
|---|---|---|---|---|---|---|---|---|---|
| 9,278 | 20,698 | 1,382 | 73 | 963 | 28.79 | 64.22 | 4.29 | 0.23 | 2.99 |

**District 78 Counties** (* indicates the county is not entirely within the district.)

Montgomery AL*