IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA LEGISLATIVE BLACK CAUCUS; BOBBY SINGLETON; ALABAMA ASSOCIATION OF BLACK COUNTY OFFICIALS; FRED ARMSTEAD, GEORGE BOWMAN, RHONDEL RHONE, ALBERT F. TURNER, JR., and JILES WILLIAMS, JR., individually and on behalf of others similarly situated, | * * * * * * * * * | |
| Plaintiffs, | * | Civil Action No. |
| v. | * * | 2:12-CV-691-WKW-MHT-WHP (3-judge court) |
| THE STATE OF ALABAMA; BETH CHAPMAN, in her official capacity as Alabama Secretary of State, | * * * * * | |
| Defendants. _____ | * * | |
| DEMETRIUS NEWTON et al., | * * | |
| Plaintiffs, | * * | |
| v. | * * | |
| THE STATE OF ALABAMA et al., | * * | Civil Action No. 2:12-cv-1081-WKW-MHT-WHP |
| Defendants. | * | (3-judge court) |

**SUMMARY OF TESTIMONY OF ALBC PLAINTIFFS' EXPERT
WILLIAM S. COOPER**

Plaintiffs Alabama Legislative Black Caucus et al., through undersigned counsel, pursuant to ¶ 6 of the pretrial order entered July 16, 2013, Doc. 153, submit the following lay summary of the testimony of William S. Cooper:

1. Plaintiffs will move the admission of the declarations and expert report of Mr. Cooper previously filed. APX 1, 59, 69.

2. Mr. Cooper is an expert in drawing redistricting maps. He has testified at trial as an expert witness on redistricting and demographics in federal courts in 34 voting rights cases. Three of these lawsuits resulted in changes to statewide legislative boundaries, and approximately 25 of the cases led to changes in local election district plans.

3. Mr. Cooper will be asked to explain and demonstrate how he used the Maptitude For Redistricting software to draw the House and Senate plans in HB 16 and SB 5 and to analyze and display the plans in Acts 2012-602 and 2012-603. He will authenticate, and plaintiffs will move the admission of, the following maps and tables: APX 6, 7, 9-12, 15-59, 72-74, 76, 128-38.

4. Mr. Cooper will express the opinion that The arbitrary +/-1% deviation rule adopted by the Alabama Legislature results in numerous county, municipal, and precinct splits under the Act 602 and Act 603 legislative plans. These splits could be substantially reduced with the standard +/-5% deviation range. He

concludes that the Alabama Legislature placed undue importance on minimizing deviations in district population size under the Act 602 and Act 603 plans at the expense of other key redistricting criteria such as maintaining county integrity.

Respectfully submitted this 30th day of July, 2013.

| | |
|---|---|
| Edward Still | s/ James U. Blacksher |
| Bar No. ASB-4786-I 47W | Bar No. ASB-2381-S82J |
| 130 Wildwood Parkway | P.O. Box 636 |
| STE 108 PMB 304 | Birmingham AL 35201 |
| Birmingham, AL 35209 | 205-591-7238 |
| 205-320-2882 | Fax: 866-845-4395 |
| fax 205-320-2882 | E-mail: jblacksher@ns.sympatico.ca |
| E-mail: still@votelaw.com | |
| | U.W. Clemon |
| | Bar No. ASB-0095-076U |
| | WHITE ARNOLD & DOWD P.C. |
| | 2025 Third Avenue North, Suite 500 |
| | Birmingham, AL 35203 |
| | Phone: (205)-323-1888 |
| | Fax: (205)-323-8907 |
| Attorneys for Plaintiffs | E-mail: uwclemon@waadlaw.com |

### CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2013, I served the foregoing on the following electronically by means of the Court's CM/ECF system:

Misty S. Fairbanks Messick
James W. Davis (ASB-4063-I58J)
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
email: mmessick@ago.state.al.us
email: jimdavis@ago.state.al.us.

3

John J. Park, Jr.
Deputy Attorney General
Strickland Brockington Lewis LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, GA 30309
email: jjp@sbllaw.net.

Walter S. Turner, Esq.
Post Office Box 6142
Montgomery, AL 36106-0142
email: wsthayer@juno.com


John K. Tanner, Esq.
3743 Military Road NW.
Washington, DC 20015
email: john.k.tanner@gmail.com

Joe M. Reed, Esq.
Joe M. Reed & Associates, LLC
524 South Union Street
Montgomery, AL 36104-4626
email: joe@joereedlaw.com

Dorman Walker
dwalker@balch.com
Louis M. Calligas
lcalligas@balch.com
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078

James H. Anderson, Esq.
William F. Patty, Esq.
Jesse K. Anderson, Esq.
Brannan W. Reaves
Jackson, Anderson & Patty, P.C.
Post Office Box 1988
Montgomery, AL 36102
email: janderson@jaandp.com
email: bpatty@jaandp.com
email: jkanderson@jaandp.com
email: breaves@jaandp.com


    s/ James U. Blacksher

    Attorney for ALBC plaintiffs