```
          IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

             MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ALABAMA LEGISLATIVE          )
BLACK CAUCUS, et al.,        )
                             )
     Plaintiffs,             )
                             )      CIVIL ACTION NO.
     v.                      )         2:12cv961
                             )      (Three-Judge Court)
THE STATE OF ALABAMA,        )           (WO)
et al.,                      )
                             )
     Defendants.             )


ALABAMA DEMOCRATIC           )
CONFERENCE, et al.,          )
                             )
     Plaintiffs,             )
                             )      CIVIL ACTION NO.
     v.                      )         2:12cv1081
                             )      (Three-Judge Court)
THE STATE OF ALABAMA,        )           (WO)
et al.,                      )
                             )
     Defendants.             )
```

STATEMENT OF JUDGE THOMPSON

I agree to the adoption of the order of December 26, 2012 (doc. no. 53). Also, since the majority readopts its opinion and order of August 2, 2013 (doc. no. 174), I readopt my opinion concurring in part and dissenting in part (doc. no. 175).

As to the majority's readoption of parts of its order and final judgment of December 20, 2013 (doc. nos. 203 and 205), I did not join in their conclusions that the plaintiffs failed to prove either their claim of vote dilution under § 2 or their claim of intentional discrimination in violation of § 2, the Fourteenth Amendment, and the Fifteenth Amendment, and I do not join in those conclusions today.  I also do not join in the majority's readoption of part of their findings of fact, for I did not join in them at the time they were entered.  Finally, I do not readopt my dissent (including the factual findings set forth) (doc. no. 204), for I am obligated to reconsider fully the racial gerrymandering claim in light of the legal principles articulated by the Supreme Court.

DONE, this the 29th day of May, 2015.

                                /s/ Myron H. Thompson  
                                **UNITED STATES DISTRICT JUDGE**