IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA LEGISLATIVE BLACK CAUCUS, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 2:12-CV-691 (Three-Judge Court) |
| v. | ) ) | |
| THE STATE OF ALABAMA, et al., | ) ) | |
| Defendants. | ) | |
| ALABAMA DEMOCRATIC CONFERENCE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 2:12-CV-1081 (Three-Judge Court) |
| v. | ) ) | |
| THE STATE OF ALABAMA, et al., | ) ) | |
| Defendants. | ) | |

**DEFENDANT'S NOTICE OF FILING
OF ADDITIONAL SUPPLEMENTAL EXHIBITS 71-82**

Defendants give notice that they are filing the attached additional Defendants' Supplemental Exhibits 71 through 82, in conjunction with their separately-filed brief in response to the Plaintiffs' post-remand plans:

    Def. Supp. Ex. 71   William Cooper deposition
    Def. Supp. Ex. 72   District Statistics Report, ADC Senate Plan
    Def. Supp. Ex. 73   Population Summary Report, ADC Senate Plan
    Def. Supp. Ex. 74   Assigned District Splits (County), ADC Senate Plan

| | |
|---|---|
| Def. Supp. Ex. 75 | Assigned District Splits (Precinct), ADC Senate Plan |
| Def. Supp. Ex. 76 | District Statistics Report, ADC House Plan |
| Def. Supp. Ex. 77 | Population Summary Report, ADC House Plan |
| Def. Supp. Ex. 78 | Assigned District Splits (County), ADC House Plan |
| Def. Supp. Ex. 79 | Assigned District Splits (Precinct), ADC House Plan |
| Def. Supp. Ex. 80 | Assigned District Splits (County), ALBC House Plan |
| Def. Supp. Ex. 81 | Assigned District splits (County), ALBC Senate Plan |
| Def. Supp. Ex. 82 | Chart of counties included in ALBC districts |

Respectfully submitted,

LUTHER STRANGE
Attorney General of Alabama

By:
s/ Andrew L. Brasher
Andrew L. Brasher (ASB-4325-W73B)
*Solicitor General*
Megan Kirkpatrick (ASB-2652-M66K)
James W. Davis (ASB-4063-I58J)
Misty S. Fairbanks Messick
*Assistant Attorneys General*
Office of the Attorney General
State of Alabama
Post Office Box 300152
Montgomery, AL 36130-0152
Telephone: 334-242-7300
abrasher@ago.state.al.us
mkirkpatrick@ago.state.al.us
jimdavis@ago.state.al.us
mmessick@ago.state.al.us

John J. Park, Jr. (ASB-xxxx-P62J)
*Deputy Attorney General*
Strickland Brockington Lewis LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, GA 30309
Telephone: 678-347-2200

Fax: 678-347-2210
jjp@sbllaw.net

**Counsel for the State Defendants**

David B. Byrne, Jr.
*Legal Advisor to Governor Robert Bentley*
Office of the Governor
Alabama State Capitol
600 Dexter Avenue, Suite NB-05
Montgomery, Alabama 36130
Telephone: 334-242-7120
Fax: 334-242-2335
david.byrne@governor.alabama.gov

Algert S. Agricola, Jr.
Ryals, Donaldson & Agricola, P.C.
60 Commerce Street, Suite 1400
Montgomery, Alabama 36104
Telephone: 334-834-5290
Fax: 334-834-5297
aagricola@rdafirm.com

**Counsel for the State of Alabama and Governor Bentley**

s/ Dorman Walker
Dorman Walker (ASB-0717-R81J)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: 334-834-6500
Fax: 334-269-3115
dwalker@balch.com

**Counsel for Defendants-Intervenors Jim McClendon, Gerald Dial and Randy Davis**

## CERTIFICATE OF SERVICE

I hereby certify that, on November 13, 2015, I served the foregoing by electronic mail on the following counsel of record:

James U. Blacksher
Attorney at Law
Post Office Box 636
Birmingham, Alabama 35201
jblacksher@ns.sympatico.ca

Edward Still
Edward Still Law Firm LLC
429 Green Springs Hwy, Ste 161-304
Birmingham, Alabama 35209
still@votelaw.com

U.W. Clemon
White Arnold & Dowd, P.C.
2025 Third Avenue North, Suite 500
Birmingham, Alabama 35203
uwclemon@whitearnolddowd.com

James H. Anderson
Joel T. Caldwell
Copeland, Franco, Screws & Gill, P.A.
Post Office Box 347
Montgomery, Alabama 36101-0347
anderson@copelandfranco.com
caldwell@copelandfranco.com

William F. Patty
The Gardner Firm, P.C.
Post Office Box 991
Montgomery, Alabama 36101-0991
bpatty@thegardnerfirm.com

Walter S. Turner
Walter S. Turner, Esq.
Post Office Box 6142
Montgomery, Alabama 36106
wsthayer@juno.com

John K. Tanner
Attorney at Law
3743 Military Road, NW
Washington, DC 20015
john.k.tanner@gmail.com

Richard H. Pildes
40 Washington Square South
New York, NY 10012-1005

Joe M. Reed
Joe M. Reed & Associates, LLC
524 South Union Street
Montgomery, Alabama 36104
joemreed@wowway.net

        s/ Andrew L. Brasher
        Of Counsel