**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **ALABAMA LEGISLATIVE BLACK CAUCUS, et al.,** ) ) ) **Plaintiffs,** ) ) v. ) ) **THE STATE OF ALABAMA, et al.,** ) ) **Defendants.** ) ) | **CIVIL ACTION NO. 2:12-cv-691-WKW-MHT-WHP (3-judge court)** |
| **DEMETRIUS NEWTON, et al.,** ) ) **Plaintiffs,** ) ) v. ) ) **THE STATE OF ALABAMA, et al.,** ) ) **Defendants.** ) | **CIVIL ACTION NO. 2:12-cv-1081-WKW-MHT-WHP (3-judge court)** |

**NOTICE OF ENACTMENT OF NEW LEGISLATIVE DISTRICTS**

COME NOW the defendants[1] and in compliance with the Court's order of February 10, 2017, *doc. 327*, ¶ (4), give notice that:

1. on Friday, May 19, the Alabama Legislature passed bills creating new Senate and House districts,

2. these bills were signed into law by Governor Kaye Ivey on Tuesday, May 23,

3. the new Senate district plan is 2017 Ala. Laws 347 (formerly, SB403), and

4. the new House district plan is 2017 Ala. Laws 348 (formerly, HB571).

---

[1] The defendants (including the defendant-intervenors) are the State of Alabama, the Governor of Alabama, the Secretary of State of Alabama, Senator Gerald Dial, Senator Jim McClendon, and Representative Randy Davis.

Respectfully submitted this the 24th day of May, 2017.

        *s/Andrew Brasher*
One of counsel for the defendants the State of Alabama, the Governor of Alabama, and the Secretary of State

OF COUNSEL:
Andrew Brasher (ASB-4325-W73B)
abrasher@ago.state.al.us
James W. Davis (ASB-4063-I58J)
jimdavis@ago.state.al.us
Misty S. Messick (ASB-xxxx-T71F)
mmessick@ago.state.al.us
Megan A. Kirkpatrick (ASB-2652-M66K)
mkirkpatrick@ago.state.al.us
Assistant Attorneys General
State of Alabama
Post Office Box 300152
Montgomery, AL  36130-0162
334/353-2609

John J. Park, Jr. (ASB-xxxx-P52J)
jjp@sbllaw.net
Deputy Attorney General
Strickland Brockington Lewis LLP
Midtown Proscenium, Suite 2200
1170 Peachtree Street, NE
Atlanta, GA  30309
678/347-2208

        *s/Dorman Walker*
Counsel for defendants-intervenors Senator Gerald Dial, Senator Jim McClendon, and Representative Randy Davis

OF COUNSEL:
Dorman Walker (ASB-9154-R81J)
dwalker@balch.com
Deputy Attorney General
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101-0078
334/834-6500

248796.1     2

*s/Bryan M. Taylor*
One of counsel for the State of Alabama and the Governor of Alabama

OF COUNSEL:
Bryan M. Taylor (ASB-0390-Y81T)
Bryan.Taylor@governor.alabama.gov
General Counsel
Office of the Governor
600 Dexter Avenue, Room NB-05
Montgomery, Alabama 36130
334-242-7120

Algert S. Agricola, Jr. (ASB-0364-R79A)
aagricola@rdafirm.com
Ryals Donaldson & Agricola PC
60 Commerce Street, Suite 1400
Montgomery, AL  36104
334/834-5290

*s/James U. Blacksher*
One of counsel for the plaintiffs in *Alabama Legislative Black Caucus*, 2:12-cv-691

OF COUNSEL:
James U. Blacksher (ASB-2381-S82J)
jblacksher@ns.sympatico.ca
Post Office Box 636
Birmingham, AL  35201
205/591-7238

U.W. Clemon (ASB-0095-076U)
U.W. Clemon, LLC
5202 Mount Ridge Parkway
Birmingham, AL  35222
clemonu@bellsouth.net

Edward Still (ASB-4786-I47W)
docket@votelaw.com
Edward Still Law Firm LLC
429 Green Springs Hwy., Ste. 161-304
Birmingham, AL  35209
205/320-2882

248796.1

3

                                   *s/J. Cecil Gardner*
                                   One of counsel for the plaintiffs in *Newton*, 2:12-cv-1081

OF COUNSEL:
J. Cecil Gardner (ASB-3461-G65J)
jcg@thegardnerfirm.com
The Gardner Firm PC
Post Office Box 3103
Mobile, AL  36652
251/433-8100

Richard Pildes
rick.pildes@nyu.edu
40 Washington Square S
New York, NY  20012
212/998-6377
Pro hac vice admission pending

Joe M. Reed (ASB-7499-D59J)
joe@joereedlaw.com
Joe M. Reed & Associates, LLC
524 South Union Street
Montgomery, AL  36104
334/834-2000

Robert D. Segall (ASB-7354-E68R)
segall@copelandfranco.com
Joel Thomas Caldwell (ASB-4625-Z36E)
caldwell@copelandfranco.com
Copeland, Franco, Screws & Gill, PA
444 S. Perry Street
Montgomery, AL 36104
334/834-1180

John K Tanner (DC Bar #318873)
john.k.tanner@gmail.com
3743 Military Road, NW
Washington, DC  20015
202/503-7696
Appearing *pro hac vice*

Walter S. Turner (ASB-6307-R49W)
wsthayer@juno.com
Post Office Box 6142
Montgomery, AL  36106
334/264-1616

248796.1                                4