REAPPORTIONMENT COMMITTEE SENATE PLAN 2
STATE 3
McNairy
Hardin
Wayne
Alcorn
Tishomingo
Prentiss
Lee
Itawamba
Monroe
Clay
Lowndes
Noxubee
Kemper
Lauderdale
Meridian
Clarke
Wayne
Greene
George
Jackson
Lauderdale
D1
Limestone
D2
D7
Madison
Jackson
D8
Colbert
Lawrence
D6
Franklin
D3
Morgan
D4
Marshall
D9
DeKalb
Marion
Winston
Cullman
Blount
D17
Etowah
D10
Cherokee
Lamar
Fayette
D5
Walker
St. Clair
D11
Calhoun
D12
Cleburne
D20
Jefferson
D21
Pickens
D19
D18
D16
D15
Talladega
Tuscaloosa
Shelby
Clay
D13
Randolph
Bibb
D14
Chilton
Coosa
Tallapoosa
D27
Chambers
Greene
Hale
Perry
Autauga
D30
Elmore
Lee
Sumter
D24
Marengo
Dallas
D26
Montgomery
Macon
Russell
Choctaw
Wilcox
D23
Lowndes
D25
Bullock
D28
Barbour
Pike
Butler
Crenshaw
Clarke
Monroe
Conecuh
Washington
D22
D31
Coffee
Dale
Henry
Covington
Escambia
Geneva
D29
Houston
D34
Mobile
D33
Baldwin
D35
D32
Santa Rosa
Escambia
Okaloosa
Walton
Holmes
Washington
Jackson
Calhoun
Dade
Catoosa
Whitfield
Walker
Chattooga
Gordon
Floyd
Bartow
Polk
Paulding
Haralson
Douglas
Carroll
Heard
Troup
Harris
Muscogee
Stewart
Quitman
Randolph
Clay
Early
Miller
Seminole
Decatur
Gadsden
Liberty
Pensacola
Sources: Esri, HERE, DeLorme, USGS, Intermap, INCREMENT P, NRCan, Esri Japan, METI, Esri China (Hong Kong), Esri Korea, Esri (Thailand), MapmyIndia, NGCC, © OpenStreetMap contributors, and the GIS User Community