IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA LEGISLATIVE BLACK CAUCUS, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 2:12-CV-691 |
| v. | ) ) | (Three-Judge Court) |
| THE STATE OF ALABAMA, et al., | ) ) ) | |
| Defendants. | ) ) | |
| ALABAMA DEMOCRATIC CONFERENCE, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 2:12-CV-1081 |
| v. | ) ) | (Three-Judge Court) |
| THE STATE OF ALABAMA, et al., | ) ) ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED, ADJUDGED, and DECREED as follows:

(1) As to 2012 Alabama Laws 603, judgment is entered in favor of Plaintiffs and against Defendants with respect to Senate District 20, Senate District 26, and Senate District 28;

(2) As to 2012 Alabama Laws 602, judgment is entered in favor of Plaintiffs and against Defendants with respect to House District 32, House District 53, House District 54, House District 70, House District 71, House District 77, House District 82, House District 85, and House District 99;

(3) As 2012 Alabama Laws 603 and 2012 Alabama Laws 602, judgment is entered in favor of Defendants and against Plaintiffs with respect to the other 24 challenged districts; and

(4) John H. Merrill, as Secretary of the State of Alabama, and his successors in office, are ENJOINED from conducting any election under 2012 Alabama Laws 603, for a senator of the Alabama Senate from Senate District 20, Senate District 26, and Senate District 28, and from conducting any election under 2012 Alabama Laws 602 for a representative to the Alabama House of Representatives from House District 32, House District 53, House District 54, House District 70, House District 71, House District 77, House District 82, House District 85, and House District 99.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Federal Rule of Civil Procedure 58.

**DONE** this 23rd day of October, 2017.

/s/ William H. Pryor, Jr.
UNITED STATES CIRCUIT JUDGE
PRESIDING

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT
JUDGE

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE